**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Greg H. Jones, Jr.
Martha R. Holley-Jones
    Debtors.

The Debt Doctors at Quatrini Rafferty,
    Movant,
  vs.

No Respondent.

Bankruptcy No.: 15-23425-JAD
Chapter 13

Document No.:

Response Deadline: October 17, 2016
Hearing Date & Time: November 2, 2016 at 10:00 AM

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL**
**FEES IN CHAPTER 13 ON BEHALF OF THE DEBT DOCTORS AT QUATRINI RAFFERTY**

To All Creditors and Parties in Interest:

1. Applicant represents Greg H. Jones, Jr. and Martha R. Holley-Jones.

2. This is an *interim* application for the period September 9, 2015 through September 30, 2016

3. Previous retainer paid to Applicant: $1,190.00

4. Previous interim compensation allowed to Applicant: $2,810.00

5. Dates and amounts of previous compensation awarded: $0.00

6. Applicant requests additional:
   Compensation of: $2,747.00
   Reimbursement of Expenses of: $23.12

7. A hearing on the Application will be held on November 2, 2016 at 10:00 AM in Courtroom D, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219 before the Honorable Judge Deller.

8. Any written objections must be filed with the court and served on the Applicant on or before October 17, 2016, (fourteen (14) days from the date of this notice plus an additional 3 days if served by mail). Copies of the application are available from the Applicant.

Dated: September 30, 2016

    */s/  Matthew M. Herron*
    Matthew M. Herron, Esquire
    PA ID NO.: 88927
    THE DEBT DOCTORS at Quatrini Rafferty
    941 Penn Avenue, Suite 101
    Pittsburgh, PA 15222
    412-395-6001
    mh@thedebtdoctors.com