# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Greg H. Jones, Jr.
Martha R. Holley-Jones
      Debtors.

The Debt Doctors at Quatrini Rafferty,
      Movant,
  vs.

No Respondent.

Bankruptcy No.: 15-23425-JAD
Chapter 13

Document No.:

Response Deadline: October 17, 2016
Hearing Date & Time: November 2, 2016 at 10:00 AM

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the within **Summary Cover Sheet and Notice of Hearing on Professional Fees and Application** upon the following parties, by First Class Mail, Postage Prepaid and Electronic Notification:

**Ronda J. Winnecour, Trustee**
3250 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
*Via electronic notice*

**U.S. Trustee**
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
*Via electronic notice*

**Greg H. Jones, Jr.**
**Martha R. Holley-Jones**
204 White Oak Place
Mars, PA 16046

And a true and correct copy of the within **Summary Cover Sheet** upon the following parties, by First Class mail, Postage Prepaid:

SEE ATTACHED MAILING MATRIX

Date of Service: September 30, 2016

*/s/ Matthew M. Herron*
Matthew M. Herron, Esquire
PA ID NO.: 88927
THE DEBT DOCTORS at Quatrini Rafferty
941 Penn Avenue
Pittsburgh, PA 15222
412-395-6001
mmh@thedebtdoctors.com

15-23425-JAD|Americredit Financial Services, Inc. dba GM |PO Box 183853|Arlington, TX 76096-3853||||
15-23425-JAD|Capital One Auto Finance c/o Ascension Capit|P.O. Box 201347|Arlington, TX 76006-1347||||
15-23425-JAD|Peoples Natural Gas Company, LLC |Attn: Dawn Lindner|225 North Shore Drive|Pittsburgh, PA 15212-5861|||
15-23425-JAD|2|U.S. Bankruptcy Court|5414 U.S. Steel Tower|600 Grant Street|Pittsburgh, PA 15219-2703||
15-23425-JAD|AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL|PO BOX 183853|ARLINGTON TX 76096-3853||||preferred
15-23425-JAD|Beneficial |PO Box 1231|Brandon, FL 33509-1231| |||
15-23425-JAD|Beneficial |PO Box 4153|Carol Stream, IL 60197-4153| |||
15-23425-JAD|Beneficial Consumer Discount Company (See B1|c/o HSBC Mortgage Services, Inc.|P.O. Box 21188|Eagan, Minnesota 55121-0188| ||
15-23425-JAD|Bernie Jones |204 White Oak Place|Mars, PA 16046-3946| |||
15-23425-JAD|Capital One Auto Finance |P.O. Box 60511|City of Industry, CA 91716-0511| |||
15-23425-JAD|Capital One Auto Finance, c/o Ascension Capi|P.O. Box 201347|Arlington, TX 76006-1347| |||
15-23425-JAD|Capital One Bank |PO Box 30281|Salt Lake City, UT 84130-0281| |||
15-23425-JAD|Capital One Bank (USA), N.A. |PO Box 71083|Charlotte, NC  28272-1083| |||
15-23425-JAD|Cranberry Property |PO Box 2225|Cranberry Twp, PA 16066-1225| |||
15-23425-JAD|Credit Collections USA |256 Greenbag Road, Suite 1|Morgantown, WV 26501-7158| |||
15-23425-JAD|Credit Management Company |P.O. Box 16346|Pittsburgh, PA 15242-0346| |||
15-23425-JAD|Credit One Bank |P.O. Box 98873|Las Vegas, NV 89193-8873| |||
15-23425-JAD|Dept of Ed/Sallie Mae |PO Box 9635|Wilkes Barre, PA 18773-9635| |||
15-23425-JAD|Global Vacation Network |5320 College Blvd.|Leawood, KS 66211-1621| |||
15-23425-JAD|HSBC Bank |PO Box 1231|Brandon, FL 33509-1231| |||
15-23425-JAD|HSBC Mortgage Services, Inc. |PO Box 21188|Eagan, MN 55121-0188| |||
15-23425-JAD|LVNV Funding, LLC its successors and assigns|assignee of FNBM, LLC|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587| |
15-23425-JAD|MTGLQ Investors, LP |Rushmore Loan Management Services|P.O. Box 55004|Irvine, CA 92619-5004| ||
15-23425-JAD|Magee-Womens Hospital of UPMC |6681 Country Club Drive|Golden Valley MN 55427-4601| |||
15-23425-JAD|Mars Evans City Storage |1170 Mars Evans City Rd.|Mars, PA 16046-2216| |||
15-23425-JAD|Navient Solutions Inc. on behalf of |Department of Education Services|P.O. Box 9635|Wilkes-Barre PA. 18773-9635| ||
15-23425-JAD|Northwest Bank |507 Prudential Road|Horsham, PA 19044-2308| |||
15-23425-JAD|Office of the United States Trustee |Liberty Center.|1001 Liberty Avenue, Suite 970|Pittsburgh, PA 15222-3721|||
15-23425-JAD|Peoples Natural Gas Company LLC Equitable Di|225 North Shore Drive|Pittsburgh, PA 15212-5860|Attn: Dawn Lindner| ||
15-23425-JAD|Professional Account Management |633 W. Wisconsin Avenue|Milwaukee, WI 53203-1920| |||
15-23425-JAD|Rushmore Service Center |P.O. Box 5508|Sioux Falls, SD 57117-5508| |||
15-23425-JAD|Stern & Eisenberg, PC |1581 Main Street, Suite 200|Warrington, PA 18976-3400| |||
15-23425-JAD|UPMC Passavant |6681 Country Club Drive|Golden Valley MN 55427-4601| |||
15-23425-JAD|UPMC Presbyterian Shadyside Hospital |6681 Country Club Drive|Golden Valley MN 55427-4601| |||
15-23425-JAD|Gregg H. Jones Jr.|204 White Oak Place|Mars, PA 16046-3946||||
15-23425-JAD|Martha R. Holley-Jones |204 White Oak Place|Mars, PA 16046-3946||||