# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

***Conciliation Conference:***

| | |
|---|---|
| Debtor: | GREGG H. JONES & MARTHA R. HOLLEY-JONES |
| Case Number: | 15-23425-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, SEPTEMBER 29, 2016 01:00 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
10/3/16 2:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

***Matter:***

#16 - Final Confirmation of Plan Dated 10/13/15 NFC
R / M #:  16 / 0

***Appearances:***

Debtor: *A. Buchanan*
Trustee: Winnecour / (Bedford) / Pail / Katz

Creditor:

***Proceedings:***

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to __2-23-17__ at __11:00__.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/22/2016   1:12:25PM