**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|  |  |
|---|---|
| | Bankruptcy No.: 15-23425-JAD |
| Gregg H. Jones, Jr. and | Chapter 13 |
| Martha R. Holley-Jones, | |
| Debtors. | Document No.: |
| | |
| The Debt Doctors at Quatrini Rafferty, | Response Deadline: October 17, 2016 |
| Movant, | Hearing Date & Time: November 2, 2016 at 10:00 |
| vs. | AM |

No Respondent.

### CERTIFICATE OF NO OBJECTION TO THE APPLICATION FOR COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application for Compensation appears thereon.  Pursuant to the Notice of Hearing, responses to the Application for Compensation were to be filed and served no later than October 17, 2016.

It is hereby respectfully requested that the Order attached to the Application for Compensation be entered by the Court.

Date:   October 18, 2016

/s/ *Matthew M. Herron*_____
Matthew M. Herron, Esquire
PA ID No.: 88927

THE DEBT DOCTORS
at Quatrini Rafferty
941 Penn Avenue, Suite 101
Pittsburgh, PA 15222
412-395-6001
mmh@thedebtdoctors.com

ATTORNEY FOR THE DEBTORS