**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Greg H. Jones, Jr.
Martha R. Holley-Jones
    Debtors.

The Debt Doctors at Quatrini Rafferty,
    Movant,
  vs.

No Respondent.

Bankruptcy No. 15-23425-JAD
Chapter 13

Related To Doc. # 37

Response Deadline: October 17, 2016
Hearing Date & Time: November 2, 2016 at 10:00 AM

## ORDER OF COURT

AND NOW, this _21st_ day of _Oct_____, 2016, the Application of The Debt Doctors at Quatrini Rafferty as counsel for the Debtors, for Interim Compensation and Reimbursement of Expenses is approved in the *total* amount of $6,770.12 for services rendered on behalf of the Debtors for the period between September 9, 2015 through September 30, 2016, which represents $6,747.00 in attorneys' fees and $23.12 in costs broken down as follows:

1. Previous retainer paid to Applicant: $1,190.00;
2. Previous interim compensation allowed to Applicant from Debtor: $2,810.00;
3. Previous expenses allowed to Applicant from Debtor: $0.00;
4. Additional amount added by this Application: $2,747.00;
5. Additional Expenses added by this Application: $23.12

BY THE COURT:

_____
Jeffery A. Deller
Chief United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Matthew M. Herron, Esquire

FILED
10/21/16 2:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Gregg H. Jones, Jr.
Martha R. Holley-Jones
    Debtors

Case No. 15-23425-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Oct 21, 2016
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2016.
db/jdb        +Gregg H. Jones, Jr.,   Martha R. Holley-Jones,   204 White Oak Place,   Mars, PA 16046-3946

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2016                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2016 at the address(es) listed below:

      Andrew F Gornall    on behalf of Creditor    MTGLQ Investors, LP agornall@goldbecklaw.com,
       bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Matthew M. Herron    on behalf of Attorney    The Debt Doctors at Quatrini Rafferty
       mmh@thedebtdoctors.com,   hgs@thedebtdoctors.com;tmatiasic@yahoo.com
      Matthew M. Herron    on behalf of Joint Debtor Martha R. Holley-Jones mmh@thedebtdoctors.com,
       hgs@thedebtdoctors.com;tmatiasic@yahoo.com
      Matthew M. Herron    on behalf of Debtor Gregg H. Jones, Jr. mmh@thedebtdoctors.com,
       hgs@thedebtdoctors.com;tmatiasic@yahoo.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                               TOTAL: 7