## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| Gregg H. Jones, Jr. and ) | Bankruptcy No.: 15-23425-JAD |
| Martha R. Holly-Jones, ) | Chapter 13 |
|      Debtors. ) | |
| _____ ) | Dkt. No.: |
| Gregg H. Jones, Jr. and ) | |
| Martha R. Holly-Jones, ) | Response Deadline: 10/27/2016 |
|      Movants, ) | Hearing Date/Time: 11/30/2016 |
| ) | at 10:00 AM |
| vs. ) | |
| ) | |
| Beneficial Consumer Discount Company ) | |
| D/B/A Beneficial Mortgage Co. of ) | |
| Pennsylvania and ) | |
| Ronda J. Winnecour, Esq., Trustee, ) | |
|      Respondents. ) | |

**CERTIFICATE OF NO OBJECTION TO DEBTORS' OBJECTION TO CLAIM OF BENEFICIAL CONSUMER DISCOUNT COMPANY – CLAIM NO. 2**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Debtors' Objection to Claim of Beneficial Consumer Discount Company – Claim No. 2 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to Debtors' Objection to Claim of Beneficial Consumer Discount Company – Claim No. 2 appears thereon. Pursuant to the Notice of Hearing, responses to the Debtors' Objection to Claim of Beneficial Consumer Discount Company – Claim No. 2 were to be filed and served no later than October 27, 2016.

It is hereby respectfully requested that the Order attached to Debtors' Objection to Claim of Beneficial Consumer Discount Company – Claim No. 2 be entered by the Court.

Date:   October 28, 2016

/s/ *Matthew M. Herron*
Matthew M. Herron, Esquire
PA ID No.: 88927
THE DEBT DOCTORS
at Quatrini Rafferty
941 Penn Avenue, Suite 101
Pittsburgh, PA 15222
412-395-6001
mmh@thedebtdoctors.com

ATTORNEY FOR THE DEBTORS