**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Gregg H. Jones, Jr. and<br>Martha R. Holly-Jones,<br>        Debtors.<br>_____<br>Gregg H. Jones, Jr. and<br>Martha R. Holly-Jones,<br>        Movants,<br><br>vs.<br><br>Beneficial Consumer Discount Company<br>D/B/A Beneficial Mortgage Co. of<br>Pennsylvania and<br>Ronda J. Winnecour, Esq., Trustee,<br>        Respondents. | Bankruptcy No. 15-23425-JAD<br><br>Chapter 13<br><br>Related To Doc. # 35 |

## ORDER OF COURT

AND NOW, this **1st** day of **November**, 2016 upon consideration of the Debtors' Objection to Claim, it is hereby **ORDERED, ADJUDGED and DECREED** that the Objection to Claim No. 2 filed by Beneficial Consumer Discount Company D/B/A Beneficial Mortgage Co. of Pennsylvania is **SUSTAINED**. Claim No. 2 shall be stricken from the Claims Register.

BY THE COURT:

_____
JEFFERY A. DELLER
CHIEF U.S. BANKRUPTCY JUDGE

CASE ADMINISTRATOR SHALL SERVE:
Matthew M. Herron, Esquire

FILED
11/1/16 1:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

{W0512079.1}

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Gregg H. Jones, Jr.  
Martha R. Holley-Jones  
     Debtors

Case No. 15-23425-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Nov 01, 2016  
                          Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2016.  
db/jdb         +Gregg H. Jones, Jr.,    Martha R. Holley-Jones,    204 White Oak Place,    Mars, PA 16046-3946

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016                                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2016 at the address(es) listed below:

         Andrew F Gornall    on behalf of Creditor    MTGLQ Investors, LP agornall@goldbecklaw.com,  
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Matthew M. Herron    on behalf of Attorney    The Debt Doctors at Quatrini Rafferty  
          mmh@thedebtdoctors.com,    hgs@thedebtdoctors.com;tmatiasic@yahoo.com  
         Matthew M. Herron    on behalf of Joint Debtor Martha R. Holley-Jones mmh@thedebtdoctors.com,  
          hgs@thedebtdoctors.com;tmatiasic@yahoo.com  
         Matthew M. Herron    on behalf of Debtor Gregg H. Jones, Jr. mmh@thedebtdoctors.com,  
          hgs@thedebtdoctors.com;tmatiasic@yahoo.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,  
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                          TOTAL: 7