# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Gregg H. Jones, Jr. and<br>Martha R. Holley-Jones,<br>    Debtors. | Bankruptcy No.: 15-23425-JAD<br><br>Chapter 13 |
| Gregg H. Jones, Jr. and<br>Martha R. Holley-Jones,<br>    Movants,<br><br>vs.<br><br>MTGLQ Investors, LP and<br>Ronda J. Winnecour, Esq., Trustee,<br>    Respondents. | Document No.:<br>Related to Claim No.: 5 |

## CERTIFICATE OF SERVICE

I, Heather Seitz, Paralegal, of The Debt Doctors at Quatrini Rafferty, 941 Penn Avenue, Suite 101, Pittsburgh, PA 15222 certify as follows:

That I am and at all time herein after mentioned was more than 18 years of age:

That on the 27th day of March 2017

I served a copy of:    **ORDER, NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN, AND THE AMENDED PLAN DATED 3/23/2017**

RE:    Gregg H. Jones, Jr.             Case No.: 15-23425-JAD
       Martha R. Holley-Jones          Chapter 13

ON:    ALL PARTIES ON THE ATTACHED MAILING MATRIX AND:

**Ronda J. Winnecour, Trustee**          **U.S. Trustee**
3250 U.S. Steel Tower                    970 Liberty Center
600 Grant Street                         1001 Liberty Avenue
Pittsburgh, PA 15219                     Pittsburgh, PA 15222
cmecf@chapter13trusteewdpa.com           ustpregion03.pi.ecf@usdoj.gov
*Via electronic notice*                  *Via electronic notice*

BY:    Regular First Class U.S. Mail and Electronic Notice

I certify under the penalty of perjury that the foregoing is true and correct.

Date:   March 27, 2017                     ___/s/ Heather Seitz____
                                           Heather Seitz, Paralegal
                                           THE DEBT DOCTORS
                                           At Quatrini Rafferty
                                           941 Penn Avenue, Suite 101
                                           Pittsburgh, PA 15222
                                           (412) 395-6001

15-23425-JAD|Americredit Financial Services, Inc. dba GM |PO Box 183853|Arlington, TX 76096-3853||||
15-23425-JAD|Capital One Auto Finance c/o Ascension Capit|P.O. Box 201347|Arlington, TX 76006-1347||||
15-23425-JAD|Peoples Natural Gas Company, LLC |Attn: Dawn Lindner|225 North Shore Drive|Pittsburgh, PA 15212-5861|||
15-23425-JAD|2|U.S. Bankruptcy Court|5414 U.S. Steel Tower|600 Grant Street|Pittsburgh, PA 15219-2703||
15-23425-JAD|AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL|PO BOX 183853|ARLINGTON TX 76096-3853||||preferred
15-23425-JAD|Beneficial |PO Box 1231|Brandon, FL 33509-1231| |||
15-23425-JAD|Beneficial |PO Box 4153|Carol Stream, IL 60197-4153| |||
15-23425-JAD|Beneficial Consumer Discount Company (See B1|c/o HSBC Mortgage Services, Inc.|P.O. Box 21188|Eagan, Minnesota 55121-0188| ||
15-23425-JAD|Bernie Jones |204 White Oak Place|Mars, PA 16046-3946| |||
15-23425-JAD|Capital One Auto Finance |P.O. Box 60511|City of Industry, CA 91716-0511| |||
15-23425-JAD|Capital One Auto Finance, c/o Ascension Capi|P.O. Box 201347|Arlington, TX 76006-1347| |||
15-23425-JAD|Capital One Bank |PO Box 30281|Salt Lake City, UT 84130-0281| |||
15-23425-JAD|Capital One Bank (USA), N.A. |PO Box 71083|Charlotte, NC  28272-1083| |||
15-23425-JAD|Cranberry Property |PO Box 2225|Cranberry Twp, PA 16066-1225| |||
15-23425-JAD|Credit Collections USA |256 Greenbag Road, Suite 1|Morgantown, WV 26501-7158| |||
15-23425-JAD|Credit Management Company |P.O. Box 16346|Pittsburgh, PA 15242-0346| |||
15-23425-JAD|Credit One Bank |P.O. Box 98873|Las Vegas, NV 89193-8873| |||
15-23425-JAD|Dept of Ed/Sallie Mae |PO Box 9635|Wilkes Barre, PA 18773-9635| |||
15-23425-JAD|Global Vacation Network |5320 College Blvd.|Leawood, KS 66211-1621| |||
15-23425-JAD|HSBC Bank |PO Box 1231|Brandon, FL 33509-1231| |||
15-23425-JAD|HSBC Mortgage Services, Inc. |PO Box 21188|Eagan, MN 55121-0188| |||
15-23425-JAD|LVNV Funding, LLC its successors and assigns|assignee of FNBM, LLC|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587| |
15-23425-JAD|MTGLQ Investors, LP |Rushmore Loan Management Services|P.O. Box 55004|Irvine, CA 92619-5004| ||
15-23425-JAD|Magee-Womens Hospital of UPMC |6681 Country Club Drive|Golden Valley MN 55427-4601| |||
15-23425-JAD|Mars Evans City Storage |1170 Mars Evans City Rd.|Mars, PA 16046-2216| |||
15-23425-JAD|Navient Solutions Inc. on behalf of |Department of Education Services|P.O. Box 9635|Wilkes-Barre PA. 18773-9635| ||
15-23425-JAD|Northwest Bank |507 Prudential Road|Horsham, PA 19044-2308| |||
15-23425-JAD|Office of the United States Trustee |Liberty Center.|1001 Liberty Avenue, Suite 970|Pittsburgh, PA 15222-3721|||
15-23425-JAD|Peoples Natural Gas Company LLC Equitable Di|225 North Shore Drive|Pittsburgh, PA 15212-5860|Attn: Dawn Lindner| ||
15-23425-JAD|Professional Account Management |633 W. Wisconsin Avenue|Milwaukee, WI 53203-1920| |||
15-23425-JAD|Rushmore Service Center |P.O. Box 5508|Sioux Falls, SD 57117-5508| |||
15-23425-JAD|Stern & Eisenberg, PC |1581 Main Street, Suite 200|Warrington, PA 18976-3400| |||
15-23425-JAD|UPMC Passavant |6681 Country Club Drive|Golden Valley MN 55427-4601| |||
15-23425-JAD|UPMC Presbyterian Shadyside Hospital |6681 Country Club Drive|Golden Valley MN 55427-4601| |||
15-23425-JAD|Gregg H. Jones Jr.|204 White Oak Place|Mars, PA 16046-3946||||
15-23425-JAD|Martha R. Holley-Jones |204 White Oak Place|Mars, PA 16046-3946||||