UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
2018 JAN 25 A 10: 30
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

In Re:  Case No. 15-23425

GREGG H. JONES, JR AND MARTHA R. HOLLEY-JONES

Claim No. : 6

Debtor(s)

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address pertaining to NOTICES AND PAYMENTS, listed in the above stated case be changed.

**Please note that we have rebranded our company name from Ascension Capital Group to AIS Portfolio Services. There is no assignment or transfer of claim.**

### Address where Notices to the creditor be sent:

| From | To |
|---|---|
| Capital One Auto Finance, c/o Ascension Capital Group | Capital One Auto Finance c/o AIS Portfolio Services, LP f/k/a AIS Data Services d/b/a/ Ascension Capital Group |
| P.O. Box 201347 | 4515 N Santa Fe Ave. Dept. APS |
| Arlington, TX 76006 | Oklahoma City, OK 73118 |

### Address where Payment to the creditor be sent:

| | |
|---|---|
| Capital One Auto Finance, c/o Ascension Capital Group | Capital One Auto Finance c/o AIS Portfolio Services, LP f/k/a AIS Data Services d/b/a/ Ascension Capital Group |
| P.O. Box 201347 | P.O. BOX 4360 |
| Arlington, TX 76006 | Houston, TX 77210-4360 |

Date: 01/25/2018

Zann Welch

Creditor's Authorized Agent for Capital One, N.A.