UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUTCY NO. 15-23425-JAD |
| | ) | |
| GREGG H. JONES, JR. and | ) | |
| MARTHA R. HOLLEY-JONES, | ) | CHAPTER NO. 13 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ADAMS RIDGE HOMEOWNERS | ) | |
| ASSOCIATION, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GREGG H. JONES, JR. and | ) | |
| MARTHA R. HOLLEY-JONES | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION FOR RELIEF FROM AUTOMATIC STAY OF ADAMS RIDGE HOMEOWNERS ASSOCIATION**

TO THE RESPONDENTS:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than February 20, 2018, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.  Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default Order was signed of if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on March 7, 2018, at 10:00 a.m., before Judge Jeffery A. Deller in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If

there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An Order granting relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service:    February 1, 2018

                                      Respectfully Submitted,
                                      Brandt, Milnes & Rea, P.C.

                                      ___/s/ Lisa M. Burkhart, Esquire__
                                      Lisa M. Burkhart, Esquire
                                      Counsel for Movant,
                                      Arbors Homeowners Association

                                      Pa. I.D. No. 200272

                                      1109 Grant Building
                                      310 Grant Street
                                      Pittsburgh, PA 15219
                                      (412) 255-6500