Brandt, Milnes & Rea, P.C.
1109 Grant Building
310 Grant Street
Pittsburgh, PA 15219
(412) 255-6500
Lisa M. Burkhart, Esquire

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUTCY NO. 15-23425-JAD |
| | ) | |
| GREGG H. JONES, JR. and | ) | |
| MARTHA R. HOLLEY-JONES, | ) | CHAPTER NO. 13 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ADAMS RIDGE HOMEOWNERS | ) | |
| ASSOCIATION, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GREGG H. JONES, JR. and | ) | |
| MARTHA R. HOLLEY-JONES | ) | |
| | ) | |
| Respondents. | ) | |

**CERTIFICATE OF SERVICE**

    I, Lisa M. Burkhart, Esquire, certify that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the Bankruptcy Court a Motion for Relief from Stay, Proposed Order and Notice of Hearing with Response Deadline and served a copy of same upon the following on February 8, 2018.

Mail Service: Regular, first-class United States mail, postage pre-paid, addressed to:

Matthew M. Herron, Esquire
941 Penn Avenue, Suite 101
Pittsburgh, PA 15222

Ronda J. Winnecour, Esquire, (Trustee)
600 Grant Street, Suite 3250
Pittsburgh, Pa 15219

Gregg H. Jones, Jr. and Martha R. Holley-Jones
204 White Oak Place
Mars, PA 16046

                        Respectfully Submitted,

                        Brandt, Milnes & Rea, P.C.


                        ___/s/ Lisa M. Burkhart, Esquire__
                        Lisa M. Burkhart, Esquire
                        Counsel for Movant,
                        Adams Ridge Homeowners Association

                        Pa. I.D. No. 200272

                        310 Grant Street, Suite 1109
                        Pittsburgh, PA 15219
                        (412) 255-6500