# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** GREGG H. JONES & MARTHA R. HOLLEY-JONES
**Case Number:** 15-23425-JAD     **Chapter:** 13
**Date / Time / Room:** WEDNESDAY, MARCH 07, 2018 10:00 AM   COURTROOM D
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** JEFF FURIS
**Reporter / ECR:** N/A

## Matter:

Motion For Relief From Automatic Stay filed by Adams Ridge Homeowners Association
- Response filed by Debtors 2/20/2018 at Doc. No. 68  [Due 2/20/2018]
R / M #:  64 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / KATZ / PAIL
DEBTORS: MATTHEW M. HERRON, ESQUIRE
CREDITOR:  LISA M. BURKHART, ESQUIRE for ARHA

## Proceedings:

- ___ Motion is GRANTED / DENIED
- ___ Special Type Of Order:
- ✓ CONTINUE MATTER:
   - ___ For At Least ___ Days (Court To Issue Scheduling Order)
   - ___ To Hearing Date Of ___ at ___ AM/PM at ___
   - ✓ To Conciliation Conference For **May 10, 2018** at **9:00 AM** at ___
- ___ ISSUE EVIDENTIARY HEARING NOTICE
   - ___ Evidentiary Hearing On Value And Cram-Down Interest
   - ___ Complex / Pretrial Order - NONJURY / JURY
   - ___ Simple / Pretrial Order - NONJURY / JURY
   - ___ Parties To Undertake Discovery - Discovery Period: ___ days
- ___ SETTLEMENT STIPULATION IS DUE ___
- ✓ OTHER:

**\* ORDER**

The Debtors shall file an amended Ch. 13 plan by March 21, 2018.

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge     3-7-2018

FILED
3/7/18 1:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Gregg H. Jones, Jr.  
Martha R. Holley-Jones  
    Debtors

Case No. 15-23425-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Mar 07, 2018  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2018.  
db/jdb     +Gregg H. Jones, Jr.,    Martha R. Holley-Jones,    204 White Oak Place,    Mars, PA 16046-3946

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2018                                                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2018 at the address(es) listed below:

       Andrew F Gornall     on behalf of Creditor    MTGLQ Investors, LP agornall@goldbecklaw.com,  
        bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
       James Warmbrodt     on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com  
       Lisa M. Burkhart     on behalf of Creditor    Adams Ridge Homeowners Association  
        lburkhart@bmr-law.com, fjug@bmr-law.com  
       Matthew M. Herron     on behalf of Debtor Gregg H. Jones, Jr. mmh@thedebtdoctors.com,  
        hgs@thedebtdoctors.com;alb@thedebtdoctors.com  
       Matthew M. Herron     on behalf of Attorney    The Debt Doctors at Quatrini Rafferty  
        mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com  
       Matthew M. Herron     on behalf of Joint Debtor Martha R. Holley-Jones mmh@thedebtdoctors.com,  
        hgs@thedebtdoctors.com;alb@thedebtdoctors.com  
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
       S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,  
        Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                      TOTAL: 9