**Form 221**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Gregg H. Jones Jr.**
**Martha R. Holley–Jones**
   Debtor(s)

Bankruptcy Case No.: 15–23425–JAD
Chapter: 13
Related To Document No.: 69
Concil. Conf.: May 10, 2018 at 09:00 AM

## ORDER

On March 7, 2018, a hearing was conducted on the Motion for Relief From Stay  , at which time the Court determined that an Amended Plan is necessary.

**AND NOW,** this **The 8th of March, 2018**, it is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

(1)   ***On or before March 21, 2018,*** the Debtor(s) shall file and serve a copy of this ***Order*** and a ***Notice of Proposed Modification to Confirmed Plan***, and an ***Amended Plan*** on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*.  The Debtor(s) shall also complete and file the accompanying ***Certificate of Service***.

(2)   ***On or before April 26, 2018,*** all ***Objections*** to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*.  Untimely objections will not be considered.

(3)   ***On May 10, 2018 at 09:00 AM ,*** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

(4)   If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party.  Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

(5)   Failure to timely file a *Notice of Proposed Modification to Confirmed Plan*, an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

(6)   The Motion for Relief Stay at Docket No. 64 is continued to May 10, 2018 at 9:00 am in Room 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA.

Dated: March 8, 2018

Jeffery A. Deller
United States Bankruptcy Judge

cm: Debtor
   Matthew M. Herron, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 15-23425-JAD
Gregg H. Jones, Jr.                                                             Chapter 13
Martha R. Holley-Jones
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel          Page 1 of 1              Date Rcvd: Mar 08, 2018
                              Form ID: 221         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2018.
db/jdb         +Gregg H. Jones, Jr.,   Martha R. Holley-Jones,   204 White Oak Place,   Mars, PA 16046-3946

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2018 at the address(es) listed below:
          Andrew F Gornall   on behalf of Creditor   MTGLQ Investors, LP agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James Warmbrodt   on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com
          Lisa M. Burkhart   on behalf of Creditor   Adams Ridge Homeowners Association
           lburkhart@bmr-law.com,  fjug@bmr-law.com
          Matthew M. Herron   on behalf of Debtor Gregg H. Jones, Jr. mmh@thedebtdoctors.com,
           hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Matthew M. Herron   on behalf of Attorney   The Debt Doctors at Quatrini Rafferty
           mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Matthew M. Herron   on behalf of Joint Debtor Martha R. Holley-Jones mmh@thedebtdoctors.com,
           hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                          TOTAL: 9