## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Greg H. Jones, Jr.
Martha R. Holley-Jones
      Debtors.

The Debt Doctors at Quatrini Rafferty,
      Movant,
  vs.

No Respondent.

Bankruptcy No.: 15-23425-JAD
Chapter 13

Document No.:

Response Deadline: April 21, 2018
Hearing Date & Time: May 2, 2018 at 10:00 AM

### SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 13 ON BEHALF OF THE DEBT DOCTORS AT QUATRINI RAFFERTY

To All Creditors and Parties in Interest:

1. Applicant represents Greg H. Jones, Jr. and Martha R. Holley-Jones.

2. This is an *interim* application for the period October 3, 2016 through April 4, 2018

3. Previous retainer paid to Applicant: $1,190.00

4. Previous interim compensation allowed to Applicant: $2,810.00

5. Dates and amounts of previous compensation awarded:
   October 21, 2016: $2,747.00 in attorney's fees and $23.12 in costs

6. Applicant requests additional:
   Compensation of: $3,561.00
   Reimbursement of Expenses of: $47.52

7. A hearing on the Application will be held on May 2, 2018 at 10:00 AM in Courtroom D, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219 before the Honorable Judge Deller.

8. Any written objections must be filed with the court and served on the Applicant on or before April 21, 2018, (fourteen (14) days from the date of this notice plus an additional 3 days if served by mail). Copies of the application are available from the Applicant.

Dated: April 4, 2018

      /s/ Matthew M. Herron
      Matthew M. Herron, Esquire
      PA ID NO.: 88927
      THE DEBT DOCTORS at Quatrini Rafferty
      941 Penn Avenue, Suite 101
      Pittsburgh, PA 15222
      412-395-6001
      mh@thedebtdoctors.com