FILED
5/21/18 10:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BANKRUTCY NO. 15-23425-JAD |
| GREGG H. JONES, JR. and MARTHA R. HOLLEY-JONES, | CHAPTER NO. 13 |
| Debtors. | Related to Dkt. No. 64 |
| v. | |
| ADAMS RIDGE HOMEOWNERS ASSOCIATION, | |
| Movant, | |
| v. | |
| GREGG H. JONES, JR. and MARTHA R. HOLLEY-JONES | |
| Respondents. | |

## ORDER

AND NOW, to-wit, this 21st day of May, 2018, upon consideration of the Motion for Relief from Automatic Stay, filed on behalf of Movant, Adams Ridge Homeowners Association, it is hereby ORDERED, ADJUDGED and DECREED as follows:

(1) (A) Granting relief from the automatic stay to permit the Association to proceed with an action in the Court of Common Pleas of Butler County, Pennsylvania, foreclosing on its lien, and/or to collect the entire amount of the debt owed to the Movant in the amount of $2,408.00, which includes both pre-petition and post-petition fees and assessments, as well as any fees and assessments which come due in the course of said litigation, and further directing the Trustee to abandon their interest in the real property located at 204 White Oak Place, Mars, PA 16046.

BY THE COURT:

_____
HONORABLE JEFFERY A. DELLER

This Motion for Relief from Stay is dismissed without prejudice as a result of claim having been addressed in amended plan.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 15-23425-JAD
Gregg H. Jones, Jr.                                                                 Chapter 13
Martha R. Holley-Jones
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 1             Date Rcvd: May 21, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2018.
db/jdb        +Gregg H. Jones, Jr.,   Martha R. Holley-Jones,   204 White Oak Place,   Mars, PA 16046-3946

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    MTGLQ Investors, LP andygornall@latouflawfirm.com
              James   Warmbrodt    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              Lisa M. Burkhart    on behalf of Creditor    Adams Ridge Homeowners Association
               lburkhart@bmr-law.com,   fjug@bmr-law.com
              Matthew M. Herron    on behalf of Debtor Gregg H. Jones, Jr. mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Attorney   The Debt Doctors at Quatrini Rafferty
               mmh@thedebtdoctors.com,   hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Joint Debtor Martha R. Holley-Jones mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9