18-0972

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Gregg H. Jones, Jr.<br>Martha R. Holley-Jones<br>Debtor(s) | Chapter 13 Proceeding<br><br>Case No.  15-23425 JAD |

### ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

    Kindly enter my appearance on behalf of U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ON BEHALF OF AND WITH RESPECT TO AJAX MORTGAGE LOAN TRUST 2018-B, MORTGAGE-BACKED NOTES in the above captioned matter.

POWERS KIRN & ASSOCIATES, LLC

By:  **/s/ Harry B. Reese, Esquire**
Attorney ID# 310501
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090