**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-23425-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Gregg H. Jones, Jr.<br>204 White Oak Place<br>Mars PA 16046 | Martha R. Holley-Jones<br>204 White Oak Place<br>Mars PA 16046 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/23/2018.

Name and Address of Alleged Transferor(s):

Claim No. 5: MTGLQ Investors, LP, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708

Name and Address of Transferee:

U.S. Bank National Associations, ET AT ...
PO BOX 742334
Los Angeles, CA 90074

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/26/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Gregg H. Jones, Jr.
Martha R. Holley-Jones
　　　　Debtors

Case No. 15-23425-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 1    Date Rcvd: Aug 24, 2018
　　　　　　　　　　　Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2018.
14142027      +MTGLQ Investors, LP,   Rushmore Loan Management Services,   P.O. Box 55004,
                Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2018 at the address(es) listed below:
　　　　Andrew F Gornall    on behalf of Creditor    MTGLQ Investors, LP andygornall@latouflawfirm.com
　　　　Harry B. Reese    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, ET SEQ.
　　　　 harry.reese@pkallc.com,
　　　　 chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com
　　　　James Warmbrodt    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
　　　　Jill Manuel-Coughlin    on behalf of Creditor    MTGLQ Investors, LP jill@pkallc.com,
　　　　 chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com
　　　　Lisa M. Burkhart    on behalf of Creditor    Adams Ridge Homeowners Association
　　　　 lburkhart@bmr-law.com,    fjug@bmr-law.com
　　　　Matthew M. Herron    on behalf of Debtor Gregg H. Jones, Jr. mmh@thedebtdoctors.com,
　　　　 hgs@thedebtdoctors.com;alb@thedebtdoctors.com
　　　　Matthew M. Herron    on behalf of Attorney    The Debt Doctors at Quatrini Rafferty
　　　　 mmh@thedebtdoctors.com,   hgs@thedebtdoctors.com;alb@thedebtdoctors.com
　　　　Matthew M. Herron    on behalf of Joint Debtor Martha R. Holley-Jones mmh@thedebtdoctors.com,
　　　　 hgs@thedebtdoctors.com;alb@thedebtdoctors.com
　　　　Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
　　　　Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
　　　　S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
　　　　 Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                TOTAL: 11