IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>GREGG H. JONES, JR.<br>MARTHA R. HOLLEY-JONES,<br>    **Debtor(s)**<br><br>AMERICREDIT FINANCIAL SERVICES,<br>INC. dba GM FINANCIAL,<br>    **Movant**<br><br>v.<br><br>GREGG H. JONES, JR.<br>MARTHA R. HOLLEY-JONES,<br>    **Respondent(s)**<br><br>RONDA J. WINNECOUR,<br>    **Trustee** | **DEFAULT O/E JAD**<br><br>Bankruptcy No. 15-23425-JAD<br><br>Chapter 13<br><br>Related To Document No. 89<br><br>Response Deadline: 9/24/18<br><br>Hearing Date: 11/2/18 at 10:30 AM |

## ORDER OF COURT

AND NOW, this <u>27th</u> day of <u>September</u>, 2018, it is hereby **ORDERED** that the Motion For Relief From The Automatic Stay is GRANTED.

Movant AmeriCredit Financial Services, Inc., dba GM Financial is permitted to enforce its rights in the property described as a **2014 Dodge Charger** bearing vehicle identification number 2C3CDXBG3EH211138, to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law, including but not limited to repossession of said property.

In the event that any order is entered in this case granting relief from the automatic stay to a <u>secured creditor</u>, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

CASE ADMINISTRATOR SHALL SERVE:
    William E. Craig, Esquire

FILED
9/27/18 8:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Gregg H. Jones, Jr.
Martha R. Holley-Jones
    Debtors

Case No. 15-23425-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: gamr        Page 1 of 1        Date Rcvd: Sep 27, 2018
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2018.
jdb         +Martha R. Holley-Jones,   204 White Oak Place,   Mars, PA 16046-3946

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2018 at the address(es) listed below:

         Andrew F Gornall   on behalf of Creditor   MTGLQ Investors, LP andygornall@latouflawfirm.com
         Harry B. Reese   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, ET SEQ.
          harry.reese@pkallc.com,
          chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
         James Warmbrodt   on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com
         Jill Manuel-Coughlin   on behalf of Creditor   MTGLQ Investors, LP jill@pkallc.com,
          chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
         Lisa M. Burkhart   on behalf of Creditor   Adams Ridge Homeowners Association
          lburkhart@bmr-law.com,   fjug@bmr-law.com
         Matthew M. Herron   on behalf of Debtor Gregg H. Jones, Jr. mmh@thedebtdoctors.com,
          hgs@thedebtdoctors.com;alb@thedebtdoctors.com
         Matthew M. Herron   on behalf of Attorney   The Debt Doctors at Quatrini Rafferty
          mmh@thedebtdoctors.com,   hgs@thedebtdoctors.com;alb@thedebtdoctors.com
         Matthew M. Herron   on behalf of Joint Debtor Martha R. Holley-Jones mmh@thedebtdoctors.com,
          hgs@thedebtdoctors.com;alb@thedebtdoctors.com
         Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
         S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
         William E. Craig   on behalf of Creditor   Americredit Financial Services, Inc. dba GM Financial
          ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                   TOTAL: 12