Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Gregg H. Jones Jr.
Martha R. Holley–Jones**
  Debtor(s)

Bankruptcy Case No.: 15–23425–JAD
Doc. No. 98
Chapter: 13
Docket No.: 99 – 98
Concil. Conf.: June 20, 2019 at 09:00 AM

## ORDER

   **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

   **IT IS HEREBY ORDERED** that, on or before **May 28, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

   1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

   2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

   **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

   On or before **June 11, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

   On **June 20, 2019** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

   If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

   This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: April 12, 2019

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

>Ronda J. Winnecour, Trustee
>P.O. Box 84051
>Chicago, IL 60689–4002

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                               Case No. 15-23425-JAD
Gregg H. Jones, Jr.                                                  Chapter 13
Martha R. Holley-Jones
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: msch              Page 1 of 2              Date Rcvd: Apr 12, 2019
                              Form ID: 410            Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2019.
db/jdb         +Gregg H. Jones, Jr.,    Martha R. Holley-Jones,    204 White Oak Place,    Mars, PA 16046-3946
aty            +The Debt Doctors at Quatrini Rafferty,    941 Penn Avenue,    Suite 101,
                 Pittsburgh, PA 15222-3843
aty            +The Debt Doctors, LLC,    607 College Street,    Suite 101,    Pittsburgh, PA  15232,
                 UNITED STATES 15232-1700
cr             +Adams Ridge Homeowners Association,    c/o Lisa M. Burkhart,    BRANDT, MILNES & REA,
                 310 Grant Street, Suite 1109,    Pittsburgh, PA 15219-2227
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
14114939       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court:   AmeriCredit Financial Services, Inc.,    PO Box 183853,
                 Arlington TX 76096)
14137754       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
14121231       +Beneficial,    PO Box 4153,    Carol Stream, IL 60197-4153
14115142       +Beneficial Consumer Discount Company (See B10),    c/o HSBC Mortgage Services, Inc.,
                 P.O. Box 21188,    Eagan, Minnesota 55121-0188
14121232       +Bernie Jones,    204 White Oak Place,    Mars, PA 16046-3946
14121235       +Cranberry Property,    PO Box 2225,    Cranberry Twp, PA 16066-1225
14121240       +Global Vacation Network,    5320 College Blvd.,    Leawood, KS 66211-1621
14121242       +HSBC Mortgage Services, Inc.,    PO Box 21188,    Eagan, MN 55121-0188
14142027       +MTGLQ Investors, LP,    Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
14166498       +Magee-Womens Hospital of UPMC,    6681 Country Club Drive,    Golden Valley MN 55427-4601
14121243       +Mars Evans City Storage,    1170 Mars Evans City Rd.,    Mars, PA 16046-2216
14121244       +Northwest Bank,    507 Prudential Road,    Horsham, PA 19044-2308
14175443       +Peoples Natural Gas Company LLC Equitable Division,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner
14121245       +Professional Account Management,    633 W. Wisconsin Avenue,    Milwaukee, WI 53203-1920
14108507       +Rushmore Service Center,    P.O. Box 5508,    Sioux Falls, SD 57117-5508
14121247       +Stern & Eisenberg, PC,    1581 Main Street, Suite 200,    Warrington, PA 18976-3403
14902230       +U.S. Bank National Associations, ET AT ...,    PO BOX 742334,    Los Angeles, CA 90074-2334
14166478       +UPMC Passavant,    6681 Country Club Drive,    Golden Valley MN 55427-4601
14166482       +UPMC Presbyterian Shadyside Hospital,    6681 Country Club Drive,    Golden Valley MN 55427-4601
14421437       +Wilmington Savings Fund Society, FSB, d,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 13 2019 02:25:47
                 Capital One Auto Finance c/o Ascension Capital Gro,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma, OK 73118-7901
14121233       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Apr 13 2019 02:26:04
                 Capital One Auto Finance,    P.O. Box 60511,    City of Industry, CA 91716-0511
14148816       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 13 2019 02:39:54
                 Capital One Auto Finance c/o AIS,    Portfolio Services, LP f/k/a AIS Data,
                 Services d/b/a/ Ascension Capital Group,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14121234       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 13 2019 02:26:20     Capital One Bank,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
14133611        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 13 2019 02:26:23
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14121236       +E-mail/Text: ccusa@ccuhome.com Apr 13 2019 02:29:50     Credit Collections USA,
                 256 Greenbag Road, Suite 1,    Morgantown, WV 26501-7158
14121237        E-mail/Text: vmcpherson@creditmanagementcompany.com Apr 13 2019 02:30:29
                 Credit Management Company,    P.O. Box 16346,    Pittsburgh, PA 15242-0346
14121238        E-mail/PDF: creditonebknotifications@resurgent.com Apr 13 2019 02:26:04     Credit One Bank,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
14121239       +E-mail/PDF: pa_dc_ed@navient.com Apr 13 2019 02:26:24     Dept of Ed/Sallie Mae,    PO Box 9635,
                 Wilkes Barre, PA 18773-9635
14173811        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 13 2019 02:26:25
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14162165        E-mail/PDF: pa_dc_claims@navient.com Apr 13 2019 02:26:04
                 Navient Solutions Inc. on behalf of,    Department of Education Services,    P.O. Box 9635,
                 Wilkes-Barre PA. 18773-9635
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MTGLQ Investors, LP
cr              U.S. BANK NATIONAL ASSOCIATION, ET SEQ.
```

```
District/off: 0315-2           User: msch                  Page 2 of 2                   Date Rcvd: Apr 12, 2019
                               Form ID: 410                Total Noticed: 36

cr*            +Americredit Financial Services, Inc. dba GM Financ,   PO Box 183853,    Arlington, TX 76096-3853
14963831*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court:   AmeriCredit Financial Services, Inc.,    dba GM Financial,
                  P O Box 183853,    Arlington, TX 76096)
14121229*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court:   Americredit Financial Services, Inc.,    d/b/a GM Financial,
                  PO Box 183853,    Arlington, TX 76096)
14121246*      +Rushmore Service Center,    P.O. Box 5508,    Sioux Falls, SD 57117-5508
14166499*      +UPMC Passavant,    6681 Country Club Drive,    Golden Valley MN 55427-4601
cr            ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
14121230      ##Beneficial,    PO Box 1231,    Brandon, FL 33509-1231
14121241      ##+HSBC Bank,    PO Box 1231,    Brandon, FL 33509-1231
                                                                                             TOTALS: 2, * 5, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    MTGLQ Investors, LP andygornall@latouflawfirm.com
              Harry B. Reese    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, ET SEQ.
               harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              James Warmbrodt    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor    MTGLQ Investors, LP jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Lisa M. Burkhart    on behalf of Creditor    Adams Ridge Homeowners Association
               lburkhart@bmr-law.com,   fjug@bmr-law.com
              Matthew M. Herron    on behalf of Attorney    The Debt Doctors at Quatrini Rafferty
               mmh@thedebtdoctors.com,   hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Joint Debtor Martha R. Holley-Jones mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Attorney    The Debt Doctors, LLC mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Debtor Gregg H. Jones, Jr. mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc. dba GM Financial
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 13