IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Gregg H. Jones, Jr. and<br>Martha R. Holley-Jones<br>    Debtors. | BANKRUPTCY NO. 15-23425-JAD<br><br>CHAPTER 13 |
| VINCENT J. QUATRINI, JR., ESQ. and<br>MATTHEW M. HERRON, ESQ.,<br>    Movants, | RELATED TO DOC. NO. 97 |
| vs. | |
| No Respondents. | |

### CONSENT ORDER OF COURT CHANGING PAYEE AND AUTHORIZING DISTRIBUTION BY CHAPTER 13 TRUSTEE OF ATTORNEY'S FEES

This matter comes before the Court as the parties, Quatrini Rafferty, P.C. and The Debt Doctors, LLC (the "Parties"), have terminated their joint venture, the Debt Doctors at Quatrini Rafferty (the "Joint Venture"). Pursuant to the Parties Settlement Agreement, ending the Joint Venture, Matthew M. Herron, Esq. ("Herron") and the Debt Doctors, LLC ("the Debt Doctors") will remain counsel of record and will continue to be the primary counsel in the above-referenced case. Herron and the Debt Doctors will ensure that the Debtor is represented and that the case will proceed as planned. The Parties respectfully request that the Chapter 13 Trustee distribute all present and future Joint Venture attorney's fees and receivables to the Debt Doctors. It is hereby ORDERED as follows:

(1) The Trustee shall distribute, as soon as practical, all funds on hand for The Debt Doctors at Quatrini Rafferty payable to The Debt Doctors, LLC in the above-referenced case. The fees should be paid to The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232.

(2) All future fee applications, allowed attorney's fees and/or receivables shall be paid to the Debt Doctors, LLC at the address above.

(3) Upon distribution of the attorney's fees for the Debt Doctors at Quatrini Rafferty to The Debt Doctors, LLC, neither the Chapter 13 Trustee nor the above-named estate shall bear any further responsibility for the distribution of the remaining fees between the Parties.

(4) No additional fees will be charged to the estate related to this Order.

_____ mas
Jeffery A. Deller
U.S. Bankruptcy Judge

{W0538343.1 }

Consented to by:

/s/ *Matthew M. Herron*
Matthew M. Herron, Esq.
PA ID No.: 88927
The Debt Doctors, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232
(412) 395-6001
mmh@thedebtdoctors.com

/s/ *Vincent J. Quatrini, Jr.*
Vincent J. Quatrini, Jr., Esq.
PA ID No.: 19908
Quatrini Rafferty, P.C.
550 East Pittsburgh Street
Greensburg, PA 15601
(724) 837-0080
vjq@qrlegal.com

Counsel for the Chapter 13 Trustee:

/s/*Jana S. Pail*
Jana S. Pail, Esq.
PA ID No.: 88910
Attorney for the Chapter13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
jpail@chapter13trusteewdpa.com

**FILED
4/12/19 10:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA**

{W0538343.1 }

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                              Case No. 15-23425-JAD
Gregg H. Jones, Jr.                                                 Chapter 13
Martha R. Holley-Jones
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: mgut                Page 1 of 1               Date Rcvd: Apr 12, 2019
                              Form ID: pdf900           Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2019.
db/jdb        +Gregg H. Jones, Jr.,   Martha R. Holley-Jones,   204 White Oak Place,   Mars, PA 16046-3946
aty           +The Debt Doctors at Quatrini Rafferty,   941 Penn Avenue,   Suite 101,
                Pittsburgh, PA 15222-3843
aty           +The Debt Doctors, LLC,   607 College Street,   Suite 101,   Pittsburgh, PA  15232,
                UNITED STATES 15232-1700
              +Vincent J. Quatrini, Jr., Esq.,   Quatrini Rafferty, P.C.,   550 East Pittsburgh Street,
                Greensburg, PA 15601-2663

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    MTGLQ Investors, LP andygornall@latouflawfirm.com
              Harry B. Reese    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, ET SEQ.
               harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              James Warmbrodt    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor    MTGLQ Investors, LP jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Lisa M. Burkhart    on behalf of Creditor    Adams Ridge Homeowners Association
               lburkhart@bmr-law.com,    fjug@bmr-law.com
              Matthew M. Herron    on behalf of Joint Debtor Martha R. Holley-Jones mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Attorney    The Debt Doctors, LLC mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Debtor Gregg H. Jones, Jr. mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Attorney    The Debt Doctors at Quatrini Rafferty
               mmh@thedebtdoctors.com,   hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc. dba GM Financial
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 13
```