# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | GREGG H. JONES & MARTHA R. HOLLEY-JONES |
| Case Number: | 15-23425-JAD        Chapter: 13 |
| Date / Time / Room: | THURSDAY, JUNE 20, 2019 09:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
6/21/19 9:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#98 - Trustee's Certificate of Default to Dismiss
+Affidavit by Debtor
R / M #:  98 / 0

*Appearances:*      Buchanon

Debtor:
Trustee:  Winnecour / (Pail) Katz / DeSimone
Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to __8/29/19__ at __10:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/12/2019    2:18:35PM