# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

- **Debtor:** GREGG H. JONES & MARTHA R. HOLLEY-JONES
- **Case Number:** 15-23425-JAD      **Chapter:** 13
- **Date / Time / Room:** THURSDAY, FEBRUARY 06, 2020   01:00 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
2/7/20 2:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#98 - Continued Trustee's Certificate of Default Requesting Dismissal of Case
R / M #:  98 / 0

*Appearances:*

- Debtor: Buchanan
- Trustee: Winnecour / Pail / (Katz) / DeSimone
- Creditor:

Con't for Sale

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 6/11/20 at 1:30 pm.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/29/2020   3:32:12PM