## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Gregg H. Jones, Jr. and | ) | Case No. 15-23425-JAD |
| Martha R. Holley-Jones, | ) | Chapter 13 |
| Debtors. | ) | |
| _____ | ) | |
| Gregg H. Jones, Jr. and | ) | Doc. No. |
| Martha R. Holley-Jones, | ) | |
| Movants, | ) | |
| | ) | Response Date: 02/20/2020 |
| v. | ) | Hearing Date & Time: 03/04/2020 |
| | ) | at 10:00 AM |
| No Respondents. | ) | |

### CERTIFICATE OF NO OBJECTION TO THE DEBTORS'
### APPLICATION TO EMPLOY REALTOR/BROKER

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtors' Application to Employ Realtor/Broker has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, responses to the Application were to be filed and served no later than February 20, 2020.

It is hereby respectfully requested that the Order attached to the Application to Employ Realtor/Broker be entered by the Court.

Date:  February 21, 2020

    /s/ Matthew M. Herron
Matthew M. Herron, Esquire
PA ID No. 88927

THE DEBT DOCTORS, L.L.C.
607 College Street, Suite 101
Pittsburgh, PA 15232
412-395-6001
mmh@thedebtdoctors.com
ATTORNEY FOR THE DEBTORS

{W0550204.1 }