**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Gregg H. Jones, Jr. and ) | Bankruptcy No.: 15-23425-JAD |
| Martha R. Holley-Jones, ) | Chapter 13 |
|     Debtors. ) | |
| _____ ) | Dkt. No.: |
| Gregg H. Jones, Jr. and ) | |
| Martha R. Holley-Jones, ) | Response Date: |
|     Movants, ) | Hearing Date & Time: |
| ) | |
|     vs. ) | |
| ) | |
| No Respondents. ) | |

**CERTIFICATE OF SERVICE**

I, Heather Seitz, Paralegal, of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232 certify as follows:

That I am and at all times hereinafter mentioned more than 18 years of age:

That on the 26th day of February 2020

**I served a copy of:**   **ORDER APPROVING RETENTION OF REALTOR/BROKER**

RE:    Gregg H. Jones, Jr.    Case No.: 15-23425-JAD
       Martha R. Holley-Jones    Chapter 13

ON:    Joanne M. Watterson
       11269 Perry Highway
       Suite 300
       Wexford, PA 15090

| | |
|---|---|
| Ronda J. Winnecour | US Trustee |
| Suite 3250, USX Tower | 970 Liberty Center |
| 600 Grant Street | 1001 Liberty Avenue |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |
| *cmecf@chapter13trusteewdpa.com | *ustpregion03.pi.ecf@usdoj.gov |

BY:    Regular First Class U.S. Mail and *Electronic Notice

I certify under penalty of perjury that the foregoing is true and correct.

Date:   February 26, 2020              /s/ *Heather Seitz*_____
                                                            Heather Seitz
                                                           The Debt Doctors, LLC
                                                           607 College Street, Suite 101
                                                           Pittsburgh, PA 15232
                                                           (412) 395-6001