# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| **Debtor:** | GREGG H. JONES & MARTHA R. HOLLEY-JONES |
| **Case Number:** | 15-23425-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JUNE 11, 2020 01:30 PM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
6/17/20 6:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#98 - Continued Trustee's Certificate of Default Requesting Dismissal of Case
R / M #: 98 / 0

### Appearances:

Debtor: Buchanan
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __9/10/20__ at __3:00pm__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Handwritten note:* Debtors just relisted house. Hope for a sale before end of plan term. Cont'd for possibility of sale

6/2/2020    12:47:37PM

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-23425-JAD
Gregg H. Jones, Jr.                                                   Chapter 13
Martha R. Holley-Jones
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch              Page 1 of 2           Date Rcvd: Jun 17, 2020
                              Form ID: pdf900         Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2020.
```
db/jdb         +Gregg H. Jones, Jr.,    Martha R. Holley-Jones,    204 White Oak Place,    Mars, PA 16046-3946
aty            +The Debt Doctors at Quatrini Rafferty,   941 Penn Avenue,    Suite 101,
                 Pittsburgh, PA 15222-3843
aty            +The Debt Doctors, LLC,    607 College Street,   Suite 101,    Pittsburgh, PA   15232,
                 UNITED STATES 15232-1700
cr             +Adams Ridge Homeowners Association,    c/o Lisa M. Burkhart,    BRANDT, MILNES & REA,
                 310 Grant Street, Suite 1109,    Pittsburgh, PA 15219-2227
r              +Joanne M Watterson,    Keller Williams Realty,    204 White Oak Place,    Mars, PA 16046-3946
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
cr             +SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
14121231       +Beneficial,    PO Box 4153,   Carol Stream, IL 60197-4153
14115142       +Beneficial Consumer Discount Company (See B10),    c/o HSBC Mortgage Services, Inc.,
                 P.O. Box 21188,    Eagan, Minnesota 55121-0188
14121232       +Bernie Jones,    204 White Oak Place,   Mars, PA 16046-3946
14121235       +Cranberry Property,    PO Box 2225,   Cranberry Twp, PA 16066-1225
14121240       +Global Vacation Network,    5320 College Blvd.,    Leawood, KS 66211-1621
14121242       +HSBC Mortgage Services, Inc.,    PO Box 21188,   Eagan, MN 55121-0188
14142027       +MTGLQ Investors, LP,    Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
14166498       +Magee-Womens Hospital of UPMC,    6681 Country Club Drive,    Golden Valley MN 55427-4601
14121243       +Mars Evans City Storage,    1170 Mars Evans City Rd.,    Mars, PA 16046-2216
14121244       +Northwest Bank,    507 Prudential Road,    Horsham, PA 19044-2308
14175443       +Peoples Natural Gas Company LLC Equitable Division,     225 North Shore Drive,
                 Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner
14121245       +Professional Account Management,    633 W. Wisconsin Avenue,    Milwaukee, WI 53203-1920
14108507       +Rushmore Service Center,    P.O. Box 5508,   Sioux Falls, SD 57117-5508
14121247       +Stern & Eisenberg, PC,    1581 Main Street, Suite 200,    Warrington, PA 18976-3403
14902230       +U.S. Bank National Associations, ET AT ...,    PO BOX 742334,    Los Angeles, CA 90074-2334
14166478       +UPMC Passavant,    6681 Country Club Drive,   Golden Valley MN 55427-4601
14166482       +UPMC Presbyterian Shadyside Hospital,    6681 Country Club Drive,    Golden Valley MN 55427-4601
14421437       +Wilmington Savings Fund Society, FSB, d,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 18 2020 04:51:19
                 Capital One Auto Finance c/o Ascension Capital Gro,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma, OK 73118-7901
14114939        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 18 2020 04:45:58
                 AmeriCredit Financial Services, Inc.,    PO Box 183853,    Arlington TX 76096
14963831        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 18 2020 04:45:58
                 AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                 Arlington, TX 76096
14121229        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 18 2020 04:45:58
                 Americredit Financial Services, Inc.,    d/b/a GM Financial,    PO Box 183853,
                 Arlington, TX 76096
14137754       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 18 2020 04:45:58
                 AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
14121233       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jun 18 2020 04:51:36
                 Capital One Auto Finance,    P.O. Box 60511,    City of Industry, CA 91716-0511
14148816       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 18 2020 04:52:38
                 Capital One Auto Finance c/o AIS,    Portfolio Services, LP f/k/a AIS Data,
                 Services d/b/a/ Ascension Capital Group,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14121234       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 18 2020 04:53:06    Capital One Bank,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
14133611        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 18 2020 04:52:11
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14121236       +E-mail/Text: ccusa@ccuhome.com Jun 18 2020 04:45:13    Credit Collections USA,
                 256 Greenbag Road, Suite 1,    Morgantown, WV 26501-7158
14121237        E-mail/Text: bdsupport@creditmanagementcompany.com Jun 18 2020 04:48:17
                 Credit Management Company,    P.O. Box 16346,    Pittsburgh, PA 15242-0346
14121238       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 18 2020 04:51:21    Credit One Bank,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
14121239       +E-mail/PDF: pa_dc_ed@navient.com Jun 18 2020 04:51:30    Dept of Ed/Sallie Mae,    PO Box 9635,
                 Wilkes Barre PA 18773-9635
14173811        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 18 2020 04:53:26
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14162165        E-mail/PDF: pa_dc_claims@navient.com Jun 18 2020 04:53:22
                 Navient Solutions Inc. on behalf of,    Department of Education Services,    P.O. Box 9635,
                 Wilkes-Barre PA. 18773-9635
```

```
District/off: 0315-2            User: msch                  Page 2 of 2                  Date Rcvd: Jun 17, 2020
                                Form ID: pdf900             Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                                    TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               MTGLQ Investors, LP
cr               U.S. BANK NATIONAL ASSOCIATION, ET SEQ.
cr*             +Americredit Financial Services, Inc. dba GM Financ,   PO Box 183853,   Arlington, TX 76096-3853
14121246*       +Rushmore Service Center,    P.O. Box 5508,   Sioux Falls, SD 57117-5508
14166499*       +UPMC Passavant,   6681 Country Club Drive,   Golden Valley MN 55427-4601
14121230        ##Beneficial,   PO Box 1231,   Brandon, FL 33509-1231
14121241        ##+HSBC Bank,    PO Box 1231,   Brandon, FL 33509-1231
                                                                                      TOTALS: 2, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2020 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    MTGLQ Investors, LP andygornall@latouflawfirm.com
              Harry B. Reese    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, ET SEQ.
               bankruptcy@powerskirn.com
              James  Warmbrodt    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              Jill  Manuel-Coughlin    on behalf of Creditor    MTGLQ Investors, LP bankruptcy@powerskirn.com
              Lisa M. Burkhart    on behalf of Creditor    Adams Ridge Homeowners Association
               lburkhart@bmr-law.com,  fjug@bmr-law.com
              Matthew M. Herron    on behalf of Attorney    The Debt Doctors at Quatrini Rafferty
               mmh@thedebtdoctors.com,  hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Joint Debtor Martha R. Holley-Jones mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Attorney    The Debt Doctors, LLC mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Debtor Gregg H. Jones, Jr. mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc. dba GM Financial
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 13
```