**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Gregg H. Jones, Jr.
Martha R. Holley-Jones,
           Debtors.
_____

Gregg H. Jones, Jr.
Martha R. Holley-Jones,
         Movants,
     v.

AmeriCredit Financial Services, Inc.
Beneficial
Beneficial Consumer Discount Company
c/o HSBC Mortgage Services, Inc.
Bernie Jones
Capital One Auto Finance
Capital One Auto Finance
c/o AIS Portfolio Services, LP
Capital One Bank
Capital One Bank (USA), N.A.
Cranberry Property
Credit Collections USA
Credit Management Company
Credit One Bank
Dept of Ed/Sallie Mae
Global Vacation Network
HSBC Bank
HSBC Mortgage Services, Inc.
LVNV Funding, LLC its successors and
assigns as assignee of FNBM, LLC
Magee-Women's Hospital of UPMC
Mars Evans City Storage
MTGLQ Investors, LP
Navient Solutions, Inc. on behalf of
Department of Education Services
Northwest Bank
Peoples Natural Gas Company, LLC
Professional Account Management
Rushmore Service Center
Stern & Eisenberg, PC
US Bank National Associations
UPMC Passavant
UPMC Presbyterian Shadyside Hospital
Wilmington Savings Fund Society
The United States Trustee and
Ronda J. Winnecour, Esq., Trustee,
          Respondents.

Bankruptcy No.: 15-23425-JAD
Chapter 13

Document No.:

Response Deadline: 07/27/2020
Hearing Date & Time: 08/05/2020
at 10:00 AM

**CERTIFICATE OF NO OBJECTION TO THE MOTION FOR SALE OF REAL PROPERTY
FREE AND DIVESTED OF LIENS**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Sale of Real Property Free and Divested of Liens has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Sale of Real Property Free and Divested of Liens appears thereon.  Pursuant to the Notice of Hearing, responses to the Motion for Sale of Real Property Free and Divested of Liens were to be filed and served no later than July 27, 2020.

It is hereby respectfully requested that the Order attached to the Motion for Sale of Real Property Free and Divested of Liens be entered by the Court.

Date:   July 28, 2020

   /s/ Matthew M. Herron
Matthew M. Herron, Esquire
PA ID No. 88927
THE DEBT DOCTORS, LLC
607 College Street
Pittsburgh, PA 15232
412-395-6001
mmh@thedebtdoctors.com

ATTORNEY FOR THE DEBTORS