# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Gregg H. Jones, Jr.<br>Martha R. Holley-Jones,<br>　　　　Debtors.<br>_____<br>Gregg H. Jones, Jr.<br>Martha R. Holley-Jones,<br>　　　　Movants,<br>　　v.<br><br>AmeriCredit Financial Services, Inc.<br>Beneficial<br>Beneficial Consumer Discount Company<br>c/o HSBC Mortgage Services, Inc.<br>Bernie Jones<br>Capital One Auto Finance<br>Capital One Auto Finance<br>c/o AIS Portfolio Services, LP<br>Capital One Bank<br>Capital One Bank (USA), N.A.<br>Cranberry Property<br>Credit Collections USA<br>Credit Management Company<br>Credit One Bank<br>Dept of Ed/Sallie Mae<br>Global Vacation Network<br>HSBC Bank<br>HSBC Mortgage Services, Inc.<br>LVNV Funding, LLC its successors and<br>assigns as assignee of FNBM, LLC<br>Magee-Women's Hospital of UPMC<br>Mars Evans City Storage<br>MTGLQ Investors, LP<br>Navient Solutions, Inc. on behalf of<br>Department of Education Services<br>Northwest Bank<br>Peoples Natural Gas Company, LLC<br>Professional Account Management<br>Rushmore Service Center<br>Stern & Eisenberg, PC<br>US Bank National Associations<br>UPMC Passavant<br>UPMC Presbyterian Shadyside Hospital<br>Wilmington Savings Fund Society<br>The United States Trustee and<br>Ronda J. Winnecour, Esq., Trustee,<br>　　　　Respondents. | Bankruptcy No.: 15-23425-JAD<br>Chapter 13<br><br>Document No.:<br><br>Response Deadline: 07/27/2020<br>Hearing Date & Time: 08/05/2020<br>at 10:00 AM |

{W0556512.1 }

**PROOF OF PUBLICATION IN**
***THE BUTLER EAGLE***
**OF NOTICE OF SALE OF DEBTORS' REAL ESTATE**

                                                        Respectfully submitted,

                                                        THE DEBT DOCTORS, LLC

Dated:  July 31, 2020                        By:  */s/ Matthew M. Herron*
                                                        Matthew M. Herron, Esquire
                                                        PA ID 88927
                                                        607 College Street, Suite 101
                                                        Pittsburgh, PA  15232
                                                        412-395-6001
                                                        mmh@thedebtdoctors.com

{W0556512.1 }

## Proof of Publication of Notice in Butler Eagle

Under Act No. 587, Approved May 16, 1929

State of Pennsylvania,
County of Butler:

Amy F. Birckbichler  Of the Eagle Printing Company, Inc., of the County and State aforesaid, being duly sworn, deposes and says that the BUTLER EAGLE, a newspaper of general circulation published at 114 West Diamond Street, City of Butler, County and State aforesaid, was established 1869, since which date the BUTLER EAGLE has been regularly issued in said County, and that the printed notice or publication attached hereto is exactly the same as was printed and published in the regular editions and issues of the said BUTLER EAGLE on the following dates, viz.

_____ and the

_____ 22nd _____ Day of _____ July _____ A.D. 2020

Affiant further deposes that the Ad Taker is duly authorized by the EAGLE PRINTING COMPANY, a corporation, publisher of said BUTLER EAGLE, a newspaper of general circulation, to verify the foregoing statement under oath, and Affiant is not interested in the subject matter of the aforesaid notice or advertisement, and that all allegations in the foregoing statements as to time, place and character of publication are true.

_Amy F Birckbichler_
**Butler Eagle**

Sworn to and subscribed before me this _____ 22nd

Day of _____ July _____ 2020

_Carolyn E. Ortiz_
**Notary Public**

My Commission Expires:

Commonwealth of Pennsylvania - Notary Seal
CAROLYN E ORTIZ - Notary Public
Butler County
My Commission Expires Mar 25, 2023
Commission Number 1348650

### Copy of Notice or Publication

LEGAL NOTICE
IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA
Bankruptcy No: 15-23425-JAD
Chapter 13
Document No:
Response Deadline: 07/27/2020
Hearing Date & Time: 08/05/2020 at 10:00 A.M
IN RE:
Gregg H. Jones, Jr.
Martha R. Holley-Jones, Debtors

Gregg H. Jones, Jr.
Martha R. Holley-Jones, Movants,
v.
AmeriCredit Financial Services, Inc.
Beneficial
Beneficial Consumer Discount Company
c/o HSBC Mortgage Services, Inc.
Bernie Jones
Capital One Auto Finance
Capital One Auto Finance
c/o AIS Portfolio Services, LP
Capital One Bank
Capital One Bank (USA), N.A.
Cranberry Property
Credit Collections USA
Credit Management Company
Credit One Bank
Dept of Ed/Sallie Mae
Global Vacation Network
HSBC Bank
HSBC Mortgage Services, Inc.
LVNV Funding, LLC its successors and assigns as assignee of FNBM, LLC
Magee-Women's Hospital of UPMC
Mars Evans City Storage
MTGLQ Investors, LP
Navient Solutions, Inc. on behalf of Department of Education Services
Northwest Bank
Peoples Natural Gas Company, LLC
Professional Account Management
Rushmore Service Cen-

### Statement of Advertising Costs

The Debt Doctors, LLC

Matthew M. Herron, Esquire

607 College Street / Suite 101

Pittsburgh, PA 15232

TO BUTLER EAGLE, Dr.
For publishing the notice or publication attached
Hereto on the above stated dates _____ $ 314.00

Probating same _____ $ 3.00

Total _____ $ 317.00

**Publisher's Receipt for Advertising Costs**

The EAGLE PRINTING COMPANY, publisher of the BUTLER EAGLE, a newspaper of general circulation, hereby acknowledge receipt of the aforesaid publication costs and certifies that the same have been duly paid.
EAGLE PRINTING CO., a Corporation, Publisher
Of BUTLER EAGLE, a Newspaper of General Circulation.

By _____

PROOF OF PUB SPEC 2011

Northwest [...]ties Na[...]
[...]pany, LLC
Professional
Management
Rushmore Service Cen-
ter
Stern & Eisenberg, PC
US Bank National Asso-
ciations
UPMC Passavant
UPMC Presbyteria[n]
Shadyside Hospital
Wilmington Saving[s]
Fund Society
The United State[s]
Trustee and
Ronda J. Winnecou[r]
Esq., Trustee,
   Respondents.

**NOTICE OF HEARING
ON MOTION TO SELL
REAL PROPERTY
FREE AND DIVESTED
OF LIENS**

To Respondents an[d] all Creditors and Partie[s] in Interest of the above named Debtor:

NOTICE IS HEREB[Y] GIVEN THAT TH[E] DEBTOR HAS FILED [A] MOTION TO SELL REA[L] PROPERTY FREE AN[D] DIVESTED OF LIEN[S] FOR THE FOLLOWIN[G] PROPERTY:

**204 White Oak Place[,] Mars, PA 16046**
to **Stephanie Mari[e] Cummings** fo[r] **$307,500.00** accordin[g] to the terms set forth i[n] the Motion for Sale.

**On or before, Jul[y] 27, 2020** any **Objection**[s] shall be filed with th[e] U.S. Bankruptcy Cour[t] 5414 U.S. Steel Towe[r] 600 Grant Street, Pitts-burgh, PA 15219 with [a] copy served on all inter-ested parties.

A **telephonic hearin**[g] **is scheduled** fo[r] **August 5, 2020 at 10:0**[0] **A.M. before Judge Je**[f]-**fery A. Deller, at whic**[h] **time higher / bette**[r] **offers will be consi**[d]-**ered and objections t**[o] **the sale will be hear**[d.] Parties wishing to appea[r] telephonically must re[g]-ister (and pay the regul[ar] charge) with CourtCall [at] (866) 582-6878 no late[r] than twenty-four (2[4] hours prior to the sched-uled hearing. All couns[el] and parties participati[ng] telephonically shall com-ply with the procedure[s] of telephonic participa-tion set forth in the pr[o]-cedures for Judg[e] Deller's cases, whic[h] may be found on th[e] Court's webpage [at] www.pawb.uscourts.go[v]
Date: July 10, 2020
/s/ Matthew M. Herr[on]
Arrangements f[or] inspection prior to sa[le] sale hearing may b[e] made with:
Matthew M. Herron, Es[q]
THE DEBT DOCTORS, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232
Tel. (412) 395-6001
Fax (412) 391-2808
mmh@thedebtdoctors.[c]om