# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Gregg H. Jones, Jr. and<br>Martha R. Holley-Jones,<br>    Debtors. | Bankruptcy No.: 15-23425-JAD<br>Chapter 13<br><br>Document No.: |

Gregg H. Jones, Jr.
Martha R. Holley-Jones,
        Movants,

Response Deadline:
Hearing Date & Time:

v.

AmeriCredit Financial Services, Inc.
Beneficial
Beneficial Consumer Discount   Company
c/o HSBC Mortgage Services, Inc.
Bernie Jones
Capital One Auto Finance
Capital One Auto Finance
c/o AIS Portfolio Services, LP
Capital One Bank (USA), N.A.
Cranberry Property
Credit Collections USA
Credit Management Company
Credit One Bank
Dept. of Ed/Sallie Mae
Global Vacation Network
HSBC Bank
HSBC Mortgage Services, Inc.
LVNV Funding, LLC its successors and
assigns as assignee of FNBM, LLC
Magee-Women's Hospital of UPMC
Mars Evans City Storage
MTGLQ Investors, LP
Navient Solutions, Inc. on behalf of
Department of Education Services
Northwest Bank
Peoples Natural Gas Company, LLC
Professional Account Management
Rushmore Service Center
Stern & Eisenberg, PC
US Bank National Associations
UPMC Passavant
UPMC Presbyterian Shadyside Hospital
Wilmington Savings Fund Society
The United States Trustee and
Ronda J. Winnecour, Esq., Trustee,
        Respondents.

## CERTIFICATE OF SERVICE

I, Heather Seitz, Paralegal, of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232 certify as follows:

That I am, and at all times hereinafter mentioned, more than 18 years of age:

That on the 7th day of August 2020

I served a copy of:    **ORDER GRANTING MOTION FOR SALE OF REAL PROPERTY FREE AND DIVESTED OF LIENS**

RE:    Gregg H. Jones, Jr.              Case No.: 15-23425-JAD
       Martha R. Holley-Jones          Chapter 13

ON:    ALL CREDITORS ON THE ATTACHED MAILING MATRIX AND:

| DATE OF SERVICE | NAME OF LIEN OR AND SECURITY |
|---|---|
| August 7, 2020 | U.S. Bank, National Association ET. SEQ. PO Box 742334 Los Angeles, CA 90074 |
| August 7, 2020 | U.S. Bank, National Association ET. SEQ. c/o Powers Kirn, LLC 8 Neshaminy Interplex, Suite 215 Trevose, PA 19053 |
| August 7, 2020 | Gregory Funding, LLC PO Box 25430 Portland, OR 97298 |
| August 7, 2020 | Wilmington Savings Fund Society, FSB c/o Select Portfolio Servicing, Inc. 3217 S. Decker Lake Drive Salt Lake City, UT 84115 |
| August 7, 2020 | Adams Ridge Homeowners Association 1150 Brodhead Road Monaca, PA 15061 |
| August 7, 2020 | Adams Township 600 Valencia Road Mars, PA 16046 |
| August 7, 2020 | Mars Area School District c/o Shirley A. Lawther Tax Collector PO Box 1230 Mars, PA 16046 |
| August 7, 2020 | Butler County Tax Claim Bureau 1st Fl., County Govt. Center 124 W. Diamond Street PO Box 1280 |

Butler, PA 16003

August 7, 2020                    Municipal Water Authority of Adams Twp.
                                 PO Box 807
                                 Mars, PA 16046

August 7, 2020                    Breakneck Creek Regional Authority
                                 166 Mars Evans City Road
                                 PO Box 1180
                                 Mars, PA 16046

August 7, 2020                    Stephanie Marie Cummings
                                 1043 Three Degree Road
                                 Butler, PA 16002

August 7, 2020                    Ronda J. Winnecour, Ch. 13 Trustee
                                 3250 US Steel Building
                                 Pittsburgh, PA 15219

August 7, 2020                    Office of the U.S. Trustee
                                 1001 Liberty Avenue
                                 Pittsburgh, PA 15222

BY:    Regular First Class U.S. Mail

I certify under the penalty of perjury that the foregoing is true and correct.

Date:  August 7, 2020                    /s/ Heather Seitz
                                         Heather Seitz, Paralegal
                                         The Debt Doctors, LLC
                                         607 College Street, Suite 101
                                         Pittsburgh, PA 15232
                                         (412) 395-6001

15-23425-JAD|Americredit Financial Services, Inc. dba GM |PO Box 183853|Arlington, TX 76096-3853||||
15-23425-JAD|Capital One Auto Finance c/o Ascension Capit|P.O. Box 201347|Arlington, TX 76006-1347||||
15-23425-JAD|Peoples Natural Gas Company, LLC |Attn: Dawn Lindner|225 North Shore Drive|Pittsburgh, PA 15212-5861|||
15-23425-JAD|2|U.S. Bankruptcy Court|5414 U.S. Steel Tower|600 Grant Street|Pittsburgh, PA 15219-2703||
15-23425-JAD|AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL|PO BOX 183853|ARLINGTON TX 76096-3853||||preferred
15-23425-JAD|Beneficial |PO Box 1231|Brandon, FL 33509-1231| |||
15-23425-JAD|Beneficial |PO Box 4153|Carol Stream, IL 60197-4153| |||
15-23425-JAD|Beneficial Consumer Discount Company (See B1|c/o HSBC Mortgage Services, Inc.|P.O. Box 21188|Eagan, Minnesota 55121-0188| ||
15-23425-JAD|Bernie Jones |204 White Oak Place|Mars, PA 16046-3946| |||
15-23425-JAD|Capital One Auto Finance |P.O. Box 60511|City of Industry, CA 91716-0511| |||
15-23425-JAD|Capital One Auto Finance, c/o Ascension Capi|P.O. Box 201347|Arlington, TX 76006-1347| |||
15-23425-JAD|Capital One Bank |PO Box 30281|Salt Lake City, UT 84130-0281| |||
15-23425-JAD|Capital One Bank (USA), N.A. |PO Box 71083|Charlotte, NC  28272-1083| |||
15-23425-JAD|Cranberry Property |PO Box 2225|Cranberry Twp, PA 16066-1225| |||

15-23425-JAD|Credit Collections USA |256 Greenbag Road, Suite 1|Morgantown, WV 26501-7158| |||

15-23425-JAD|Credit Management Company |P.O. Box 16346|Pittsburgh, PA 15242-0346| |||

15-23425-JAD|Credit One Bank |P.O. Box 98873|Las Vegas, NV 89193-8873| |||

15-23425-JAD|Dept of Ed/Sallie Mae |PO Box 9635|Wilkes Barre, PA 18773-9635| |||

15-23425-JAD|Global Vacation Network |5320 College Blvd.|Leawood, KS 66211-1621| |||

15-23425-JAD|HSBC Bank |PO Box 1231|Brandon, FL 33509-1231| |||

15-23425-JAD|HSBC Mortgage Services, Inc. |PO Box 21188|Eagan, MN 55121-0188| |||

15-23425-JAD|LVNV Funding, LLC its successors and assigns|assignee of FNBM, LLC|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587| |

15-23425-JAD|MTGLQ Investors, LP |Rushmore Loan Management Services|P.O. Box 55004|Irvine, CA 92619-5004| ||

15-23425-JAD|Magee-Womens Hospital of UPMC |6681 Country Club Drive|Golden Valley MN 55427-4601| |||

15-23425-JAD|Mars Evans City Storage |1170 Mars Evans City Rd.|Mars, PA 16046-2216| |||

15-23425-JAD|Navient Solutions Inc. on behalf of |Department of Education Services|P.O. Box 9635|Wilkes-Barre PA. 18773-9635| ||

15-23425-JAD|Northwest Bank |507 Prudential Road|Horsham, PA 19044-2308| |||

15-23425-JAD|Office of the United States Trustee |Liberty Center.|1001 Liberty Avenue, Suite 970|Pittsburgh, PA 15222-3721|||

15-23425-JAD|Peoples Natural Gas Company LLC Equitable Di|225 North Shore Drive|Pittsburgh, PA 15212-5860|Attn: Dawn Lindner| ||

15-23425-JAD|Professional Account Management |633 W. Wisconsin Avenue|Milwaukee, WI 53203-1920| |||

15-23425-JAD|Rushmore Service Center |P.O. Box 5508|Sioux Falls, SD 57117-5508| |||

15-23425-JAD|Stern & Eisenberg, PC |1581 Main Street, Suite 200|Warrington, PA 18976-3400| |||

15-23425-JAD|UPMC Passavant |6681 Country Club Drive|Golden Valley MN 55427-4601| |||

15-23425-JAD|UPMC Presbyterian Shadyside Hospital |6681 Country Club Drive|Golden Valley MN 55427-4601| |||

15-23425-JAD|Gregg H. Jones Jr.|204 White Oak Place|Mars, PA 16046-3946||||

15-23425-JAD|Martha R. Holley-Jones |204 White Oak Place|Mars, PA 16046-3946||||