**United States Bankruptcy Court**
**Western District of Pennsylvania**

| | | | |
|---|---|---|---|
| In re | **Gregg H. Jones, Jr. and Martha R. Holley-Jones** | Case No. | **15-23425-JAD** |
| | Debtor(s) | Chapter | **13** |

## Notice of Change of Address for the Debtors

**Our Mailing Address was previously listed as:**

Name:  **Gregg H. Jones, Jr. and Martha R. Holley-Jones**

Street:  **204 White Oak Place**

City, State and Zip:  **Mars, PA 16046**

**Please be advised our new mailing address is:**

Name:  **Gregg H. Jones, Jr. and Martha R. Holley-Jones**

Street:  **302 Forest Edge Ct.**

City, State and Zip:  **Wexford, PA 15090**


*/s/ Gregg H. Jones, Jr.*
**Gregg H. Jones, Jr.**
**Debtor**

*/s/ Martha R. Holley-Jones*
**Martha R. Holley-Jones**
**Joint-Debtor**

Respectfully submitted,
THE DEBT DOCTORS

Dated:  August 7, 2020

By: */s/ Matthew M. Herron*
Matthew M. Herron, Esquire
PA I.D. No.:  88927
607 College Street, Suite 101
Pittsburgh, PA 15232
(412) 395-6001
mmh@thedebtdoctors.com