Certificate Number: 15317-PAW-DE-034774137

Bankruptcy Case Number: 15-23425



15317-PAW-DE-034774137

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 14, 2020</u>, at <u>9:02</u> o'clock <u>AM PDT</u>, <u>Gregg H Jones</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>August 14, 2020</u>              By:   <u>/s/Mariel Macrohon</u>

 

Name:   <u>Mariel Macrohon</u>

 

Title:   <u>Counselor</u>