**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/18/2020

IN RE:

GREGG H. JONES, JR.
MARTHA R. HOLLEY-JONES
302 FOREST EDGE CT.
WEXFORD, PA 15090
XXX-XX-5791         Debtor(s)

XXX-XX-2703

Case No.15-23425 JAD

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/18/2020

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee/Court Claim | Description |
|---|---|---|
| **CAPITAL ONE AUTO FINANCE\*\***<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br><br>HOUSTON, TX  77210-4360 | Trustee Claim Number:1   INT %: 3.50%<br>Court Claim Number:6<br><br>CLAIM: 10,834.64<br>COMMENT: $PL-CL@3.5%MDF/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 6741 |
| **PEOPLES NATURAL GAS CO LLC\***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:13<br><br>CLAIM: 165.33<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4068 |
| **ANDREW F GORNALL ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: MTGLQ/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br><br><br>ARLINGTON, TX  76096 | Trustee Claim Number:4   INT %: 3.50%<br>Court Claim Number:1-2<br><br>CLAIM: 13,646.52<br>COMMENT: RS/OE\*23,275.27/PL@3.5%MDF/PL\*DK\*AMD CL=0\*W/31 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8404 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB D/B**<br>C/O SELECT PORTFOLIO SVCNG INC\*<br>PO BOX 65450<br><br>SALT LAKE CITY, UT  84165 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 0.00<br>COMMENT: PMT/PL\*BGN 9/15\*2ND/SCH\*818.68x(60+2)=LMT\*HSBC MTG SVCS/PL\*STRICKEN/O | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 4698 |
| **ADAMS RIDGE HOMEOWNERS ASSOCIATION**<br>C/O CRANBERRY COMMUNITY MANAGEMENT<br>PO BOX 2225<br><br>CRANBERRY TWP, PA  16066 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 2,966.50<br>COMMENT: $@0%MDF/PL\*HOA LIEN | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: |
| **US BANK NA - INDENTURE TRUSTEE O/B/O AJA**<br>C/O GREGORY FUNDING LLC<br>PO BOX 742334<br><br>LOS ANGELES, CA  90074-2334 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM: 0.00<br>COMMENT: PMT/PL-NTC\*BGN 10/15\*1ST\*DK\*FR MTGLQ-DOC 86 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 4513 |
| **CAPITAL ONE BANK (USA), N.A.**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 420.03<br>COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7010 |
| **CAPITAL ONE BANK (USA), N.A.**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 427.78<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5385 |
| **CREDIT COLLECTIONS USA**<br>16 DISTRIBUTOR DRIVE<br>STE 1<br><br>MORGANTOWN, PA  26501-7209 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~TRI RIVERS SRGCL ASSOC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1901 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CMC**<br>POB 16346<br>PITTSBURGH, PA  15242-0346 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ALLEGHENY PDTRY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 514.69<br>COMMENT: CREDIT ONE BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3114 |
| **NAVIENT SOLUTIONS LLC O/B/O THE DEPT OF**<br>C/O US DEPT OF EDUCATION SVCNG<br>PO BOX 4450<br>PORTLAND, OR  97208-4450 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 7-2<br>CLAIM: 0.00<br>COMMENT: DEFERRED/AMD PL*CL=$14,601.86*DKT*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2703 |
| **GLOBAL VACATION NETWORK**<br>5320 COLLEGE BLVD<br>LEAWOOD, KS  66211 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **HSBC BANK++**<br>POB 5253<br>CAROL STREAM, IL  60197 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 4492 |
| **HSBC BANK++**<br>POB 5253<br>CAROL STREAM, IL  60197 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 9875 |
| **MARS EVANS CITY SELF STORAGE**<br>1170 MARS EVANS CITY RD<br>MARS, PA  16046 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 227 |
| **NORTHWEST BANK***<br>COLLECTIONS DEPT*<br>100 LIBERTY ST<br>PO BOX 337*<br>WARREN, PA  16365 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0892 |
| **PITTSBURGH PARKING COURT**<br>C/O PROFESSIONAL ACCOUNT MGMNT LLC<br>POB 391<br>MILWAUKEE, WI  53201 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PITTSBURGH PARKING COURT**<br>C/O PROFESSIONAL ACCOUNT MGMNT LLC<br>POB 391<br>MILWAUKEE, WI  53201 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **PITTSBURGH PARKING COURT**<br>C/O PROFESSIONAL ACCOUNT MGMNT LLC<br>POB 391<br><br>MILWAUKEE, WI 53201 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PITTSBURGH PARKING COURT**<br>C/O PROFESSIONAL ACCOUNT MGMNT LLC<br>POB 391<br><br>MILWAUKEE, WI 53201 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **WILMINGTON SAVINGS FUND SOCIETY FSB D/B**<br>C/O SELECT PORTFOLIO SVCNG INC*<br>PO BOX 65450<br><br>SALT LAKE CITY, UT 84165 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 0.00<br>COMMENT: $0/PL@HSBC MRTG SVCS*2ND/SCH*THRU 8/15*CL=$25,379.08~STRICKEN/DOE*DI | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4698 |
| **US BANK NA - INDENTURE TRUSTEE O/B/O AJA**<br>C/O GREGORY FUNDING LLC<br>PO BOX 742334<br><br>LOS ANGELES, CA 90074-2334 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 39,521.13<br>COMMENT: $/PL-CL*RUSHMORE/PL*1ST*THRU 9/15*DK*FR MTGLQ-DOC 86 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4513 |
| **UPMC PASSAVANT**<br>C/O GURSTEL CHARGO PA<br>6681 COUNTRY CLUB DR<br><br>GOLDEN VALLEY, MN 55427 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 488.10<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5791 |
| **MAGEE-WOMENS HOSPITAL OF UPMC**<br>C/O GURSTEL CHARGO PA<br>6681 COUNTRY CLUB DR<br><br>GOLDEN VALLEY, MN 55427 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 267.26<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2703 |
| **UPMC PASSAVANT**<br>C/O GURSTEL CHARGO PA<br>6681 COUNTRY CLUB DR<br><br>GOLDEN VALLEY, MN 55427 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 100.00<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2703 |
| **UPMC PRESBYTERIAN SHADYSIDE HOSPITAL**<br>C/O GURSTEL CHARGO PA<br>6681 COUNTRY CLUB DR<br><br>GOLDEN VALLEY, MN 55427 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 1,297.99<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5791 |
| **POWERS KIRN & ASSOCIATES LLC**<br>EIGHT NESHAMINY INTERPLEX STE 215<br><br>TREVOSE, PA 19053 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: US BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **WILLIAM CRAIG ESQ**<br>MORTON AND CRAIG<br>110 MARTER AVE STE 301<br><br>MOORESTOWN, NJ 08057 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AMERICREDIT~GM FNCL/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| CLAIM RECORDS | | |
|---|---|---|
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FIN** PO BOX 183853<br><br>ARLINGTON, TX 76096 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:1-2<br><br>CLAIM: 320.21<br>COMMENT:  DFNCY BAL*AMD*W/4 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8404 |