**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| Gregg H. Jones, Jr. and<br>Martha R. Holley-Jones,<br>　　　Debtors.<br>_____<br>Gregg H. Jones, Jr.<br>Martha R. Holley-Jones,<br>　　　Movants,<br><br>　　v.<br><br>AmeriCredit Financial Services, Inc.<br>Beneficial<br>Beneficial Consumer Discount　Company<br>c/o HSBC Mortgage Services, Inc.<br>Bernie Jones<br>Capital One Auto Finance<br>Capital One Auto Finance<br>c/o AIS Portfolio Services, LP<br>Capital One Bank (USA), N.A.<br>Cranberry Property<br>Credit Collections USA<br>Credit Management Company<br>Credit One Bank<br>Dept. of Ed/Sallie Mae<br>Global Vacation Network<br>HSBC Bank<br>HSBC Mortgage Services, Inc.<br>LVNV Funding, LLC its successors and assigns as assignee of FNBM, LLC<br>Magee-Women's Hospital of UPMC<br>Mars Evans City Storage<br>MTGLQ Investors, LP<br>Navient Solutions, Inc. on behalf of Department of Education Services<br>Northwest Bank<br>Peoples Natural Gas Company, LLC<br>Professional Account Management<br>Rushmore Service Center<br>Stern & Eisenberg, PC<br>US Bank National Associations<br>UPMC Passavant<br>UPMC Presbyterian Shadyside Hospital<br>Wilmington Savings Fund Society<br>The United States Trustee and<br>Ronda J. Winnecour, Esq., Trustee,<br>　　　　Respondents. | Bankruptcy No.: 15-23425-JAD<br>Chapter 13<br><br>Document No.:<br><br>Response Deadline:<br>Hearing Date & Time: |

{W0557137.1 }

## CERTIFICATE OF SERVICE

I, Heather Seitz, Paralegal, of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232 certify as follows:

That I am, and at all times hereinafter mentioned, more than 18 years of age:

That on the 20th day of August 2020

I served a copy of: **AMENDED ORDER GRANTING MOTION FOR SALE OF REAL PROPERTY FREE AND DIVESTED OF LIENS**

RE:    Gregg H. Jones, Jr.    Case No.: 15-23425-JAD
        Martha R. Holley-Jones    Chapter 13

ON:    ALL CREDITORS ON THE ATTACHED MAILING MATRIX AND:

| DATE OF SERVICE | NAME OF LIEN OR AND SECURITY |
|---|---|
| August 20, 2020 | U.S. Bank, National Association ET. SEQ.<br>PO Box 742334<br>Los Angeles, CA 90074 |
| August 20, 2020 | U.S. Bank, National Association ET. SEQ.<br>c/o Powers Kirn, LLC<br>8 Neshaminy Interplex, Suite 215<br>Trevose, PA 19053 |
| August 20, 2020 | Gregory Funding, LLC<br>PO Box 25430<br>Portland, OR 97298 |
| August 20, 2020 | Wilmington Savings Fund Society, FSB<br>c/o Select Portfolio Servicing, Inc.<br>3217 S. Decker Lake Drive<br>Salt Lake City, UT 84115 |
| August 20, 2020 | Adams Ridge Homeowners Association<br>1150 Brodhead Road<br>Monaca, PA 15061 |
| August 20, 2020 | Adams Township<br>600 Valencia Road<br>Mars, PA 16046 |
| August 20, 2020 | Mars Area School District<br>c/o Shirley A. Lawther Tax Collector<br>PO Box 1230<br>Mars, PA 16046 |

| | |
|---|---|
| August 20, 2020 | Butler County Tax Claim Bureau<br>1st Fl., County Govt. Center<br>124 W. Diamond Street<br>PO Box 1280<br>Butler, PA 16003 |
| August 20, 2020 | Municipal Water Authority of Adams Twp.<br>PO Box 807<br>Mars, PA 16046 |
| August 20, 2020 | Breakneck Creek Regional Authority<br>166 Mars Evans City Road<br>PO Box 1180<br>Mars, PA 16046 |
| August 20, 2020 | Stephanie Marie Cummings<br>1043 Three Degree Road<br>Butler, PA 16002 |
| August 20, 2020 | Ronda J. Winnecour, Ch. 13 Trustee<br>3250 US Steel Building<br>Pittsburgh, PA 15219 |
| August 20, 2020 | Office of the U.S. Trustee<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222 |

BY:    Regular First Class U.S. Mail


I certify under the penalty of perjury that the foregoing is true and correct.


Date:  August 20, 2020                                             /s/ *Heather Seitz*_____
                                                                                    Heather Seitz, Paralegal
                                                                                    The Debt Doctors, LLC
                                                                                    607 College Street, Suite 101
                                                                                    Pittsburgh, PA 15232
                                                                                    (412) 395-6001

{W0557137.1 }

15-23425-JAD|Americredit Financial Services, Inc. dba GM |PO Box 183853|Arlington, TX 76096-3853||||
15-23425-JAD|Capital One Auto Finance c/o Ascension Capit|P.O. Box 201347|Arlington, TX 76006-1347||||
15-23425-JAD|Peoples Natural Gas Company, LLC |Attn: Dawn Lindner|225 North Shore Drive|Pittsburgh, PA 15212-5861|||
15-23425-JAD|2|U.S. Bankruptcy Court|5414 U.S. Steel Tower|600 Grant Street|Pittsburgh, PA 15219-2703||
15-23425-JAD|AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL|PO BOX 183853|ARLINGTON TX 76096-3853||||preferred
15-23425-JAD|Beneficial |PO Box 1231|Brandon, FL 33509-1231| |||
15-23425-JAD|Beneficial |PO Box 4153|Carol Stream, IL 60197-4153| |||
15-23425-JAD|Beneficial Consumer Discount Company (See B1|c/o HSBC Mortgage Services, Inc.|P.O. Box 21188|Eagan, Minnesota 55121-0188| ||
15-23425-JAD|Bernie Jones |204 White Oak Place|Mars, PA 16046-3946| |||
15-23425-JAD|Capital One Auto Finance |P.O. Box 60511|City of Industry, CA 91716-0511| |||
15-23425-JAD|Capital One Auto Finance, c/o Ascension Capi|P.O. Box 201347|Arlington, TX 76006-1347| |||
15-23425-JAD|Capital One Bank |PO Box 30281|Salt Lake City, UT 84130-0281| |||
15-23425-JAD|Capital One Bank (USA), N.A. |PO Box 71083|Charlotte, NC  28272-1083| |||
15-23425-JAD|Cranberry Property |PO Box 2225|Cranberry Twp, PA 16066-1225| |||
15-23425-JAD|Credit Collections USA |256 Greenbag Road, Suite 1|Morgantown, WV 26501-7158| |||
15-23425-JAD|Credit Management Company |P.O. Box 16346|Pittsburgh, PA 15242-0346| |||
15-23425-JAD|Credit One Bank |P.O. Box 98873|Las Vegas, NV 89193-8873| |||
15-23425-JAD|Dept of Ed/Sallie Mae |PO Box 9635|Wilkes Barre, PA 18773-9635| |||
15-23425-JAD|Global Vacation Network |5320 College Blvd.|Leawood, KS 66211-1621| |||
15-23425-JAD|HSBC Bank |PO Box 1231|Brandon, FL 33509-1231| |||
15-23425-JAD|HSBC Mortgage Services, Inc. |PO Box 21188|Eagan, MN 55121-0188| |||
15-23425-JAD|LVNV Funding, LLC its successors and assigns|assignee of FNBM, LLC|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587| |
15-23425-JAD|MTGLQ Investors, LP |Rushmore Loan Management Services|P.O. Box 55004|Irvine, CA 92619-5004| ||
15-23425-JAD|Magee-Womens Hospital of UPMC |6681 Country Club Drive|Golden Valley MN 55427-4601| |||
15-23425-JAD|Mars Evans City Storage |1170 Mars Evans City Rd.|Mars, PA 16046-2216| |||
15-23425-JAD|Navient Solutions Inc. on behalf of |Department of Education Services|P.O. Box 9635|Wilkes-Barre PA. 18773-9635| ||
15-23425-JAD|Northwest Bank |507 Prudential Road|Horsham, PA 19044-2308| |||
15-23425-JAD|Office of the United States Trustee |Liberty Center.|1001 Liberty Avenue, Suite 970|Pittsburgh, PA 15222-3721|||
15-23425-JAD|Peoples Natural Gas Company LLC Equitable Di|225 North Shore Drive|Pittsburgh, PA 15212-5860|Attn: Dawn Lindner| ||
15-23425-JAD|Professional Account Management |633 W. Wisconsin Avenue|Milwaukee, WI 53203-1920| |||
15-23425-JAD|Rushmore Service Center |P.O. Box 5508|Sioux Falls, SD 57117-5508| |||
15-23425-JAD|Stern & Eisenberg, PC |1581 Main Street, Suite 200|Warrington, PA 18976-3400| |||
15-23425-JAD|UPMC Passavant |6681 Country Club Drive|Golden Valley MN 55427-4601| |||
15-23425-JAD|UPMC Presbyterian Shadyside Hospital |6681 Country Club Drive|Golden Valley MN 55427-4601| |||
15-23425-JAD|Gregg H. Jones Jr.|204 White Oak Place|Mars, PA 16046-3946||||
15-23425-JAD|Martha R. Holley-Jones |204 White Oak Place|Mars, PA 16046-3946||||