# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Gregg H. Jones, Jr. and
Martha R. Holley-Jones,
    Debtors.

The Debt Doctors, LLC,
    Movant,
vs.

No Respondent.

Bankruptcy No.: 15-23425-JAD
Chapter 13

Document No.:

Response Deadline: August 30, 2020
Hearing Date & Time: September 16, 2020 at 10:00 AM

## CERTIFICATE OF NO OBJECTION TO THE
## FOURTH APPLICATION FOR COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Fourth Application for Compensation has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Fourth Application for Compensation appears thereon. Pursuant to the Notice of Hearing, responses to the Fourth Application for Compensation were to be filed and served no later than August 30, 2020.

It is hereby respectfully requested that the Order attached to the Fourth Application for Compensation be entered by the Court.

Date:  August 31, 2020

   /s/ Matthew M. Herron
Matthew M. Herron, Esquire
PA ID No. 88927
The Debt Doctors, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232
412-395-6001
mmh@thedebtdoctors.com

ATTORNEY FOR THE DEBTORS