Case 15-23425-JAD    Doc 147    Filed 09/24/20    Entered 09/25/20 00:34:19    Desc
FILED
9/22/20 12:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  GREGG H. JONES, JR.<br>MARTHA R. HOLLEY-JONES<br>         Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>     Movant<br>         vs.<br>  GREGG H. JONES, JR.<br>MARTHA R. HOLLEY-JONES<br><br>     Respondents | Bankruptcy No.15-23425-JAD<br><br>Chapter 13<br><br>Related To Doc. No. 145 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 22nd day of September, 2020, it is hereby ORDERED, ADJUDGED and DECREED that,

UPMC Health Plan
Attn : Payroll Manager
600 Grant Street
23rd Floor
Pittsburgh, PA 15219

is hereby ordered to immediately terminate the attachment of the wages of MARTHA R. HOLLEY-JONES, social security number XXX-XX-2703.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MARTHA R. HOLLEY-JONES.

BY THE COURT:

_____
JEFFERY A. DELLER        mas
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
   Debtor(s) Attorney
   Debtor(s) Employer

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                     Case No. 15-23425-JAD
Gregg H. Jones, Jr.                                        Chapter 13
Martha R. Holley-Jones
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: msch                Page 1 of 1         Date Rcvd: Sep 22, 2020
                              Form ID: pdf900           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2020.
db/jdb        +Gregg H. Jones, Jr.,   Martha R. Holley-Jones,   302 Forest Edge Ct.,   Wexford, PA 15090-9587

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              +E-mail/Text: BankruptcyNotice@upmc.edu Sep 23 2020 04:22:39     UPMC Health Plan,
                Attn: HR / Payroll Manager,   U.S. Steel Tower, 23rd Floor,   600 Grant Street,
                Pittsburgh, PA 15219-2702
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    MTGLQ Investors, LP andygornall@latouflawfirm.com
              Brian  Nicholas    on behalf of Creditor    MTGLQ Investors, LP bnicholas@kmllawgroup.com
              Harry B. Reese    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, ET SEQ.
               bankruptcy@powerskirn.com
              Jill  Manuel-Coughlin    on behalf of Creditor    MTGLQ Investors, LP bankruptcy@powerskirn.com
              Lisa M. Burkhart    on behalf of Creditor    Adams Ridge Homeowners Association
               lburkhart@bmr-law.com,    fjug@bmr-law.com
              Matthew M. Herron    on behalf of Joint Debtor Martha R. Holley-Jones mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Attorney    The Debt Doctors, LLC mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Debtor Gregg H. Jones, Jr. mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Attorney    The Debt Doctors at Quatrini Rafferty
               mmh@thedebtdoctors.com,    hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc. dba GM Financial
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 13