**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   GREGG H. JONES, JR.<br>   MARTHA R. HOLLEY-JONES | Case No. 15-23425JAD |
|       Debtor(s) | Chapter 13 |
| Ronda J. Winnecour | Document No.___ |
|       Movant<br>   vs.<br><br>US BANK NA - INDENTURE TRUSTEE O/B/O AJAX ET AL<br><br>      Respondent(s) | |

### NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL

    Chapter 13 Trustee Ronda J. Winnecour hereby gives notice to the holders of claims secured by a security interest in the debtor's principal residence, i.e., the Respondents named above, that the claim has been paid in full. The Trustee will not make any further payments to the creditor for taxes, insurance, or other escrow items. Going forward the debtor(s) shall pay property taxes and insurance premiums directly.

    The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full, with applicable interest, the amount required to pay the claim in full. The statement should itemize the required cure, if any, that the holder contends remain unpaid as of the date of this statement.

Trustee Record Number - 7
Court Claim Number - 5

10/28/2020

/s/   Ronda J. Winnecour
Pa. ID  #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　GREGG H. JONES, JR.<br>　　MARTHA R. HOLLEY-JONES<br>　　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br><br>　　　　Movant<br>　　vs.<br><br>　　US BANK NA - INDENTURE TRUSTEE O/B/O AJAX ET AL<br>　　　　Respondent(s) | Case No.15-23425JAD<br><br>Chapter 13<br><br>Document No.___ |

## CERTIFICATE OF SERVICE

　　I hereby certify that on the date shown below, I served a true and correct copy of NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL upon the following, by regular United States mail, postage prepaid, addressed as follows:

---

GREGG H. JONES, JR., MARTHA R. HOLLEY-JONES, 302 FOREST EDGE CT., WEXFORD, PA  15090
MATTHEW M HERRON ESQ, THE DEBT DOCTORS LLC, 607 COLLEGE ST STE 101, PITTSBURGH, PA  15232
US BANK NA - INDENTURE TRUSTEE O/B/O AJAX ET AL, C/O GREGORY FUNDING LLC, PO BOX 742334, LOS ANGELES, CA  90074-2334
GREGORY FUNDING LLC, PO BOX 25430, PORTLAND, OR  97298-0430

JILL MANUEL-COUGHLIN ESQ, POWERS KIRN & ASSOCIATES LLC, EIGHT NESHAMINITY INTERPLEX - STE 215, TREVOSE, PA  19053

---

| | |
|---|---|
| 10/28/2020 | /s/ Roberta Saunier<br><br>Administrative Assistant<br>Office of the Chapter 13 Trustee<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |