Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Gregg H. Jones Jr.**
**Martha R. Holley−Jones**
  Debtor(s)

Bankruptcy Case No.: 15−23425−JAD
Related To Doc. No. 151
Chapter: 13
Docket No.: 152 − 151

### ORDER SETTING DATE CERTAIN
### FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 25th of November, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 12/28/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/8/21 at 11:00 AM at the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **12/28/20.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23425-JAD |
| Gregg H. Jones, Jr. | Chapter 13 |
| Martha R. Holley-Jones | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 1 of 3 |
| Date Rcvd: Nov 25, 2020 | Form ID: 408v | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregg H. Jones, Jr., Martha R. Holley-Jones, 302 Forest Edge Ct., Wexford, PA 15090-9587 |
| aty | + | The Debt Doctors at Quatrini Rafferty, 941 Penn Avenue, Suite 101, Pittsburgh, PA 15222-3843 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | Adams Ridge Homeowners Association, c/o Lisa M. Burkhart, BRANDT, MILNES & REA, 310 Grant Street, Suite 1109, Pittsburgh, PA 15219-2227 |
| r | + | Joanne M Watterson, Keller Williams Realty, 204 White Oak Place, Mars, PA 16046-3946 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 14121231 | + | Beneficial, PO Box 4153, Carol Stream, IL 60197-4153 |
| 14115142 | + | Beneficial Consumer Discount Company (See B10), c/o HSBC Mortgage Services, Inc., P.O. Box 21188, Eagan, Minnesota 55121-0188 |
| 14121232 | #+ | Bernie Jones, 204 White Oak Place, Mars, PA 16046-3946 |
| 14121235 | + | Cranberry Property, PO Box 2225, Cranberry Twp, PA 16066-1225 |
| 14121240 | + | Global Vacation Network, 5320 College Blvd., Leawood, KS 66211-1621 |
| 14121242 | + | HSBC Mortgage Services, Inc., PO Box 21188, Eagan, MN 55121-0188 |
| 14142027 | + | MTGLQ Investors, LP, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14166498 | + | Magee-Womens Hospital of UPMC, 6681 Country Club Drive, Golden Valley MN 55427-4601 |
| 14121243 | + | Mars Evans City Storage, 1170 Mars Evans City Rd., Mars, PA 16046-2216 |
| 14121244 | + | Northwest Bank, 507 Prudential Road, Horsham, PA 19044-2308 |
| 14175443 | + | Peoples Natural Gas Company LLC Equitable Division, 225 North Shore Drive, Pittsburgh, PA 15212-5860, Attn: Dawn Lindner |
| 14121245 | + | Professional Account Management, 633 W. Wisconsin Avenue, Milwaukee, WI 53203-1920 |
| 14108507 | + | Rushmore Service Center, P.O. Box 5508, Sioux Falls, SD 57117-5508 |
| 14121247 | + | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14902230 | + | U.S. Bank National Associations, ET AT ..., PO BOX 742334, Los Angeles, CA 90074-2334 |
| 14166478 | + | UPMC Passavant, 6681 Country Club Drive, Golden Valley MN 55427-4601 |
| 14166482 | + | UPMC Presbyterian Shadyside Hospital, 6681 Country Club Drive, Golden Valley MN 55427-4601 |
| 14421437 | + | Wilmington Savings Fund Society, FSB, d, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Nov 26 2020 03:34:22 | Capital One Auto Finance c/o Ascension Capital Gro, 4515 N Santa Fe Ave. Dept. APS, Oklahoma, OK 73118-7901 |
| 14114939 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 26 2020 03:42:00 | AmeriCredit Financial Services, Inc., PO Box 183853, Arlington TX 76096 |
| 14963831 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 26 2020 03:42:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14121229 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 26 2020 03:42:00 | | Americredit Financial Services, Inc., d/b/a GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14137754 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 26 2020 03:42:00 | | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14121233 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com Nov 26 2020 03:34:17 | | Capital One Auto Finance, P.O. Box 60511, City of Industry, CA 91716-0511 |
| 14148816 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 26 2020 03:37:46 | | Capital One Auto Finance c/o AIS, Portfolio Services, LP f/k/a AIS Data, Services d/b/a/ Ascension Capital Group, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14121234 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com Nov 26 2020 04:02:57 | | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14133611 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com Nov 26 2020 03:37:18 | | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14121236 | + | Email/Text: ccusa@ccuhome.com Nov 26 2020 03:28:00 | | Credit Collections USA, 256 Greenbag Road, Suite 1, Morgantown, WV 26501-7158 |
| 14121237 | | Email/Text: bdsupport@creditmanagementcompany.com Nov 26 2020 03:44:00 | | Credit Management Company, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 14121238 | | Email/PDF: creditonebknotifications@resurgent.com Nov 26 2020 03:35:18 | | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14121239 | + | Email/PDF: pa_dc_ed@navient.com Nov 26 2020 03:33:41 | | Dept of Ed/Sallie Mae, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14173811 | | Email/PDF: resurgentbknotifications@resurgent.com Nov 26 2020 03:35:26 | | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14162165 | | Email/PDF: pa_dc_claims@navient.com Nov 26 2020 03:33:41 | | Navient Solutions Inc. on behalf of, Department of Education Services, P.O. Box 9635, Wilkes-Barre PA. 18773-9635 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MTGLQ Investors, LP |
| cr | | U.S. BANK NATIONAL ASSOCIATION, ET SEQ. |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 14121246 | *+ | Rushmore Service Center, P.O. Box 5508, Sioux Falls, SD 57117-5508 |
| 14166499 | *+ | UPMC Passavant, 6681 Country Club Drive, Golden Valley MN 55427-4601 |
| 14121230 | ## | Beneficial, PO Box 1231, Brandon, FL 33509-1231 |
| 14121241 | ##+ | HSBC Bank, PO Box 1231, Brandon, FL 33509-1231 |

TOTAL: 2 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

Case 15-23425-JAD    Doc 153    Filed 11/27/20    Entered 11/28/20 00:36:48    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: msch | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 25, 2020 | Form ID: 408v | Total Noticed: 40 |

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 27, 2020                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor MTGLQ Investors LP andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor MTGLQ Investors LP bnicholas@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ET SEQ. bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor MTGLQ Investors LP bankruptcy@powerskirn.com |
| Lisa M. Burkhart | on behalf of Creditor Adams Ridge Homeowners Association lburkhart@bmr-law.com fjug@bmr-law.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors at Quatrini Rafferty mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Joint Debtor Martha R. Holley-Jones mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Debtor Gregg H. Jones Jr. mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 13