**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>Gregg H. Jones and<br>Martha R. Holley-Jones,<br>    Debtors.<br><br>Gregg H. Jones and<br>Martha R. Holley-Jones,<br>    Movants,<br><br>v.<br><br>No Respondents. | Bankruptcy No.: 15-23425-JAD<br><br>Chapter 13 |

### DEBTORS CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay a Domestic Support Obligation.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On August 14, 2020 at docket number 132, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

_____
Gregg H. Jones, Jr., Debtor

_____
Martha R. Holley-Jones, Joint Debtor

RESPECTFULLY SUBMITTED,
THE DEBT DOCTORS, LLC

By:  /s/*Matthew M. Herron*
Matthew M. Herron
607 College Avenue, Suite 101
Pittsburgh, PA 15232
mmh@thedebtdoctors.com
412-395-6001
PA I.D. No. 88927

PAWB Local Form 24 (07/13)