**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Gregg H. Jones Jr.** | Social Security number or ITIN | **xxx–xx–5791** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Martha R. Holley–Jones** | Social Security number or ITIN | **xxx–xx–2703** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **15–23425–JAD**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gregg H. Jones Jr.                              Martha R. Holley–Jones

<u>12/29/20</u>                                   **By the court:**     <u>Jeffery A. Deller</u>
                                                                       United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

| |
|---|
| **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.** |

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Gregg H. Jones, Jr.

Martha R. Holley-Jones

     Debtor(s)

Case No. 15-23425-JAD

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: nsha | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 29, 2020 | Form ID: 3180W | Total Noticed: 42 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregg H. Jones, Jr., Martha R. Holley-Jones, 302 Forest Edge Ct., Wexford, PA 15090-9587 |
| aty | + | The Debt Doctors at Quatrini Rafferty, 941 Penn Avenue, Suite 101, Pittsburgh, PA 15222-3843 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | Adams Ridge Homeowners Association, c/o Lisa M. Burkhart, BRANDT, MILNES & REA, 310 Grant Street, Suite 1109, Pittsburgh, PA 15219-2227 |
| r | + | Joanne M Watterson, Keller Williams Realty, 204 White Oak Place, Mars, PA 16046-3946 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 14121232 | #+ | Bernie Jones, 204 White Oak Place, Mars, PA 16046-3946 |
| 14121235 | + | Cranberry Property, PO Box 2225, Cranberry Twp, PA 16066-1225 |
| 14121240 | + | Global Vacation Network, 5320 College Blvd., Leawood, KS 66211-1621 |
| 14142027 | + | MTGLQ Investors, LP, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14166498 | + | Magee-Womens Hospital of UPMC, 6681 Country Club Drive, Golden Valley MN 55427-4601 |
| 14121243 | + | Mars Evans City Storage, 1170 Mars Evans City Rd., Mars, PA 16046-2216 |
| 14121244 | + | Northwest Bank, 507 Prudential Road, Horsham, PA 19044-2308 |
| 14175443 | + | Peoples Natural Gas Company LLC Equitable Division, 225 North Shore Drive, Pittsburgh, PA 15212-5860, Attn: Dawn Lindner |
| 14121245 | + | Professional Account Management, 633 W. Wisconsin Avenue, Milwaukee, WI 53203-1920 |
| 14108507 | + | Rushmore Service Center, P.O. Box 5508, Sioux Falls, SD 57117-5508 |
| 14121247 | + | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14902230 | + | U.S. Bank National Associations, ET AT ..., PO BOX 742334, Los Angeles, CA 90074-2334 |
| 14166478 | + | UPMC Passavant, 6681 Country Club Drive, Golden Valley MN 55427-4601 |
| 14166482 | + | UPMC Presbyterian Shadyside Hospital, 6681 Country Club Drive, Golden Valley MN 55427-4601 |
| 14421437 | + | Wilmington Savings Fund Society, FSB, d, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Dec 30 2020 05:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 30 2020 01:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Dec 30 2020 05:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

District/off: 0315-2                                      User: nsha                                         Page 2 of 3

Date Rcvd: Dec 29, 2020                            Form ID: 3180W                                  Total Noticed: 42

| | | | | |
|---|---|---|---|---|
| | | | Dec 30 2020 01:59:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | | |
| | | | Dec 30 2020 05:43:00 | Capital One Auto Finance c/o Ascension Capital Gro, 4515 N Santa Fe Ave. Dept. APS, Oklahoma, OK 73118-7901 |
| 14114939 | | EDI: PHINAMERI.COM | | |
| | | | Dec 30 2020 05:43:00 | AmeriCredit Financial Services, Inc., PO Box 183853, Arlington TX 76096 |
| 14963831 | | EDI: PHINAMERI.COM | | |
| | | | Dec 30 2020 05:43:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14121229 | | EDI: PHINAMERI.COM | | |
| | | | Dec 30 2020 05:43:00 | Americredit Financial Services, Inc., d/b/a GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14137754 | + | EDI: PHINAMERI.COM | | |
| | | | Dec 30 2020 05:43:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14121231 | + | EDI: HFC.COM | | |
| | | | Dec 30 2020 05:43:00 | Beneficial, PO Box 4153, Carol Stream, IL 60197-4153 |
| 14115142 | + | EDI: HFC.COM | | |
| | | | Dec 30 2020 05:43:00 | Beneficial Consumer Discount Company (See B10), c/o HSBC Mortgage Services, Inc., P.O. Box 21188, Eagan, Minnesota 55121-0188 |
| 14121233 | + | EDI: CAPONEAUTO.COM | | |
| | | | Dec 30 2020 05:43:00 | Capital One Auto Finance, P.O. Box 60511, City of Industry, CA 91716-0511 |
| 14148816 | + | EDI: AIS.COM | | |
| | | | Dec 30 2020 05:43:00 | Capital One Auto Finance c/o AIS, Portfolio Services, LP f/k/a AIS Data, Services d/b/a/ Ascension Capital Group, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14121234 | + | EDI: CAPITALONE.COM | | |
| | | | Dec 30 2020 05:43:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14133611 | | EDI: CAPITALONE.COM | | |
| | | | Dec 30 2020 05:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14121236 | + | EDI: CCUSA.COM | | |
| | | | Dec 30 2020 05:43:00 | Credit Collections USA, 256 Greenbag Road, Suite 1, Morgantown, WV 26501-7158 |
| 14121237 | | Email/Text: bdsupport@creditmanagementcompany.com | | |
| | | | Dec 30 2020 02:00:00 | Credit Management Company, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 14121238 | | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Dec 30 2020 02:29:52 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14121239 | + | EDI: NAVIENTFKASMDOE.COM | | |
| | | | Dec 30 2020 05:43:00 | Dept of Ed/Sallie Mae, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14121242 | + | EDI: HFC.COM | | |
| | | | Dec 30 2020 05:43:00 | HSBC Mortgage Services, Inc., PO Box 21188, Eagan, MN 55121-0188 |
| 14173811 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Dec 30 2020 02:24:37 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14162165 | | EDI: NAVIENTFKASMSERV.COM | | |
| | | | Dec 30 2020 05:43:00 | Navient Solutions Inc. on behalf of, Department of Education Services, P.O. Box 9635, Wilkes-Barre PA. 18773-9635 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MTGLQ Investors, LP |

| District/off: 0315-2 | User: nsha | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 29, 2020 | Form ID: 3180W | Total Noticed: 42 |

| | | |
|---|---|---|
| cr | | U.S. BANK NATIONAL ASSOCIATION, ET SEQ. |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 14121246 | *+ | Rushmore Service Center, P.O. Box 5508, Sioux Falls, SD 57117-5508 |
| 14166499 | *+ | UPMC Passavant, 6681 Country Club Drive, Golden Valley MN 55427-4601 |
| 14121230 | ## | Beneficial, PO Box 1231, Brandon, FL 33509-1231 |
| 14121241 | ##+ | HSBC Bank, PO Box 1231, Brandon, FL 33509-1231 |

TOTAL: 2 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2020                                 Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:

**Name**                              **Email Address**

Andrew F Gornall
                    on behalf of Creditor MTGLQ Investors  LP andygornall@latouflawfirm.com

Brian Nicholas
                    on behalf of Creditor MTGLQ Investors  LP bnicholas@kmllawgroup.com

Harry B. Reese
                    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  ET SEQ. bankruptcy@powerskirn.com

Jill Manuel-Coughlin
                    on behalf of Creditor MTGLQ Investors  LP bankruptcy@powerskirn.com

Lisa M. Burkhart
                    on behalf of Creditor Adams Ridge Homeowners Association lburkhart@bmr-law.com  fjug@bmr-law.com

Matthew M. Herron
                    on behalf of Attorney The Debt Doctors at Quatrini Rafferty mmh@thedebtdoctors.com
                    hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
                    on behalf of Joint Debtor Martha R. Holley-Jones mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
                    on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
                    on behalf of Debtor Gregg H. Jones  Jr. mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

S. James Wallace
                    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

William E. Craig
                    on behalf of Creditor Americredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com,
                    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 13