**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/29/20 6:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    GREGG H. JONES, JR.
    MARTHA R. HOLLEY-JONES
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

**DEFAULT O/E JAD**

Bankruptcy No. 15-23425-JAD

Chapter 13

Related To Doc. No. 151

**ORDER OF COURT**

    AND NOW, this 29th day of December, 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4) Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

*[signature]* mas

JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23425-JAD |
| Gregg H. Jones, Jr. | Chapter 13 |
| Martha R. Holley-Jones | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 1 of 3 |
| Date Rcvd: Dec 29, 2020 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregg H. Jones, Jr., Martha R. Holley-Jones, 302 Forest Edge Ct., Wexford, PA 15090-9587 |
| aty | + | The Debt Doctors at Quatrini Rafferty, 941 Penn Avenue, Suite 101, Pittsburgh, PA 15222-3843 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | Adams Ridge Homeowners Association, c/o Lisa M. Burkhart, BRANDT, MILNES & REA, 310 Grant Street, Suite 1109, Pittsburgh, PA 15219-2227 |
| r | + | Joanne M Watterson, Keller Williams Realty, 204 White Oak Place, Mars, PA 16046-3946 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 14121231 | + | Beneficial, PO Box 4153, Carol Stream, IL 60197-4153 |
| 14115142 | + | Beneficial Consumer Discount Company (See B10), c/o HSBC Mortgage Services, Inc., P.O. Box 21188, Eagan, Minnesota 55121-0188 |
| 14121232 | #+ | Bernie Jones, 204 White Oak Place, Mars, PA 16046-3946 |
| 14121235 | + | Cranberry Property, PO Box 2225, Cranberry Twp, PA 16066-1225 |
| 14121240 | + | Global Vacation Network, 5320 College Blvd., Leawood, KS 66211-1621 |
| 14121242 | + | HSBC Mortgage Services, Inc., PO Box 21188, Eagan, MN 55121-0188 |
| 14142027 | + | MTGLQ Investors, LP, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14166498 | + | Magee-Womens Hospital of UPMC, 6681 Country Club Drive, Golden Valley MN 55427-4601 |
| 14121243 | + | Mars Evans City Storage, 1170 Mars Evans City Rd., Mars, PA 16046-2216 |
| 14121244 | + | Northwest Bank, 507 Prudential Road, Horsham, PA 19044-2308 |
| 14175443 | + | Peoples Natural Gas Company LLC Equitable Division, 225 North Shore Drive, Pittsburgh, PA 15212-5860, Attn: Dawn Lindner |
| 14121245 | + | Professional Account Management, 633 W. Wisconsin Avenue, Milwaukee, WI 53203-1920 |
| 14108507 | + | Rushmore Service Center, P.O. Box 5508, Sioux Falls, SD 57117-5508 |
| 14121247 | + | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14902230 | + | U.S. Bank National Associations, ET AT ..., PO BOX 742334, Los Angeles, CA 90074-2334 |
| 14166478 | + | UPMC Passavant, 6681 Country Club Drive, Golden Valley MN 55427-4601 |
| 14166482 | + | UPMC Presbyterian Shadyside Hospital, 6681 Country Club Drive, Golden Valley MN 55427-4601 |
| 14421437 | + | Wilmington Savings Fund Society, FSB, d, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Dec 30 2020 02:29:50 | Capital One Auto Finance c/o Ascension Capital Gro, 4515 N Santa Fe Ave. Dept. APS, Oklahoma, OK 73118-7901 |
| 14114939 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 30 2020 01:59:00 | AmeriCredit Financial Services, Inc., PO Box 183853, Arlington TX 76096 |
| 14963831 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 30 2020 01:59:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |

Case 15-23425-JAD    Doc 159    Filed 12/31/20    Entered 01/01/21 00:38:26    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: nsha | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 29, 2020 | Form ID: pdf900 | Total Noticed: 40 |

| | | | |
|---|---|---|---|
| 14121229 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM<br>Dec 30 2020 01:59:00 | Americredit Financial Services, Inc., d/b/a GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14137754 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM<br>Dec 30 2020 01:59:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14121233 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com<br>Dec 30 2020 02:29:59 | Capital One Auto Finance, P.O. Box 60511, City of Industry, CA 91716-0511 |
| 14148816 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM<br>Dec 30 2020 02:30:19 | Capital One Auto Finance c/o AIS, Portfolio Services, LP f/k/a AIS Data, Services d/b/a/ Ascension Capital Group, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14121234 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com<br>Dec 30 2020 02:36:18 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14133611 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com<br>Dec 30 2020 02:24:28 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14121236 | + | Email/Text: ccusa@ccuhome.com<br>Dec 30 2020 01:59:00 | Credit Collections USA, 256 Greenbag Road, Suite 1, Morgantown, WV 26501-7158 |
| 14121237 | | Email/Text: bdsupport@creditmanagementcompany.com<br>Dec 30 2020 02:00:00 | Credit Management Company, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 14121238 | | Email/PDF: creditonebknotifications@resurgent.com<br>Dec 30 2020 02:29:58 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14121239 | + | Email/PDF: pa_dc_ed@navient.com<br>Dec 30 2020 02:29:59 | Dept of Ed/Sallie Mae, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14173811 | | Email/PDF: resurgentbknotifications@resurgent.com<br>Dec 30 2020 02:24:39 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14162165 | | Email/PDF: pa_dc_claims@navient.com<br>Dec 30 2020 02:29:59 | Navient Solutions Inc. on behalf of, Department of Education Services, P.O. Box 9635, Wilkes-Barre PA. 18773-9635 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MTGLQ Investors, LP |
| cr | | U.S. BANK NATIONAL ASSOCIATION, ET SEQ. |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 14121246 | *+ | Rushmore Service Center, P.O. Box 5508, Sioux Falls, SD 57117-5508 |
| 14166499 | *+ | UPMC Passavant, 6681 Country Club Drive, Golden Valley MN 55427-4601 |
| 14121230 | ## | Beneficial, PO Box 1231, Brandon, FL 33509-1231 |
| 14121241 | ##+ | HSBC Bank, PO Box 1231, Brandon, FL 33509-1231 |

TOTAL: 2 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 31, 2020                    Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew F Gornall | on behalf of Creditor MTGLQ Investors  LP andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor MTGLQ Investors  LP bnicholas@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  ET SEQ. bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor MTGLQ Investors  LP bankruptcy@powerskirn.com |
| Lisa M. Burkhart | on behalf of Creditor Adams Ridge Homeowners Association lburkhart@bmr-law.com  fjug@bmr-law.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors at Quatrini Rafferty mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Joint Debtor Martha R. Holley-Jones mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Debtor Gregg H. Jones  Jr. mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 13