Form 129

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Gregg H. Jones Jr.**
**Martha R. Holley−Jones**
   Debtor(s)

Bankruptcy Case No.: 15−23425−JAD

Chapter: 13

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Ronda J. Winnecour is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 13 case of the above named Debtor(s) is closed.

Dated: March 4, 2021

Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23425-JAD |
| Gregg H. Jones, Jr. | Chapter 13 |
| Martha R. Holley-Jones | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 1 of 2 |
| Date Rcvd: Mar 04, 2021 | Form ID: 129 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregg H. Jones, Jr., Martha R. Holley-Jones, 302 Forest Edge Ct., Wexford, PA 15090-9587 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor MTGLQ Investors LP andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor MTGLQ Investors LP bnicholas@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ET SEQ. bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor MTGLQ Investors LP bankruptcy@powerskirn.com |
| Lisa M. Burkhart | on behalf of Creditor Adams Ridge Homeowners Association lburkhart@bmr-law.com fjug@bmr-law.com |
| Matthew M. Herron | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 2 of 2 |
| Date Rcvd: Mar 04, 2021 | Form ID: 129 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | |
| | on behalf of Debtor Gregg H. Jones  Jr. mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | |
| | on behalf of Attorney The Debt Doctors at Quatrini Rafferty mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | |
| | on behalf of Joint Debtor Martha R. Holley-Jones mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com |
| William E. Craig | |
| | on behalf of Creditor Americredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 13